IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WEIGHT INTERVENTION AND | ) | Honorable Pamela S. Hollis |
| SURGICAL HEALTHCARE HOLDING, | ) | |
| LLC, et al., | ) | Case No. 05 B 16002 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF MOTION

TO: SEE ATTACHED

PLEASE TAKE NOTICE that on **September 13, 2005**, at **10:00 a.m.**, we shall appear before the Honorable Pamela S. Hollis, United States Bankruptcy Judge, the Northern District of Illinois, Eastern Division, Everett McKinley Dirksen Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, Courtroom 644 and shall then and there present the **MOTION TO APPROVE AMENDMENT TO DIP BUDGET UNDER FINAL ORDER (I) AUTHORIZING DEBTORS TO (A) OBTAIN POST-PETITION FINANCING PURSUANT TO 11 U.S.C. §§ 105, 361, 362, 364(c)(1), 364(c)(1), 364(c)(2), 364(c)(3) AND 364(d)(1), AND (B) TO UTILIZE CASH COLLATERAL PURSUANT TO 11 U.S.C. § 363, (II) GRANTING ADEQUATE PROTECTION TO LENDER PURSUANT TO 11 U.S.C. §§ 361, 362 AND 363, (III) MODIFYING AUTOMATIC STAY, AND (IV) PROVIDING OTHER RELIEF**, a copy of which is attached and hereby served upon you.

                                        Weight Intervention and Surgical Healthcare
                                        Holding, LLC, et al., Chapter
                                        11 Debtors-In-Possession

                                        By: /s/ Geoffrey S. Goodman
                                            One of their Attorneys

                                        Edward J. Green (No. 6225069)
                                        Geoffrey S. Goodman (No. 6272539)
                                        F. Alexis Tretter (No. 6284156)
                                        Foley & Lardner LLP
                                        321 North Clark Street, Suite 2800
                                        Chicago, IL 60610
                                        Telephone: (312) 832-4500
                                        Facsimile: (312) 832-4700

## CERTIFICATE OF SERVICE

The undersigned, an attorney, states that on September 2, 2005, he served a true and correct copy of the **MOTION TO APPROVE AMENDMENT TO DIP BUDGET UNDER FINAL ORDER (I) AUTHORIZING DEBTORS TO (A) OBTAIN POST-PETITION FINANCING PURSUANT TO 11 U.S.C. §§ 105, 361, 362, 364(c)(1), 364(c)(1), 364(c)(2), 364(c)(3) AND 364(d)(1), AND (B) TO UTILIZE CASH COLLATERAL PURSUANT TO 11 U.S.C. § 363, (II) GRANTING ADEQUATE PROTECTION TO LENDER PURSUANT TO 11 U.S.C. §§ 361, 362 AND 363, (III) MODIFYING AUTOMATIC STAY, AND (IV) PROVIDING OTHER RELIEF** to be served via U.S. Mail, first class, postage pre-paid, upon the individuals, as listed on the attached Service List.

/s/ Geoffrey S. Goodman

## IN RE: WEIGHT INTERVENTION AND SURGICAL HEALTHCARE HOLDING, LLC ET AL.
### SERVICE LIST

Stephen G. Wolfe
Office of the United States Trustee
227 West Monroe Street, Suite 3350
Chicago, Illinois 60606
(312) 886-5785
(312) 886-5794 - Fax

Brian K. Gart
Greenberg Traurig LLP
401 East Las Olas Boulevard, Suite 2000
Fort Lauderdale, FL 33301
(954) 765-0500
(954) 765-1477 - Fax

Barry A. Chatz
Arnstein & Lehr LLP
120 S. Riverside Plaza, Suite 1200
Chicago, IL 60606-3910
(312) 876-6670
(312) 876-0288 – Fax

Tracey L. Treger
Gardner Carton & Douglas LLP
191 N. Wacker Drive, Suite 3700
Chicago, 60606-1698
(312) 569-1210
(312) 569-3210 – Fax

Michael S. Held
Jenkens & Gilchrist
A Professional Corporation
1445 Ross Avenue, Suite 3200
Dallas, TX 75202-2799
(214) 855-4500
(214) 855-4300 – Fax

Zachary Mosner
Assistant Attorney General
Bankruptcy & Collections Unit
900 Fourth Avenue, Suite 2000
Seattle, WA 98164-1012
(206) 389-2187
(206) 587-5150 – Fax

Middletown Regional Hospital
c/o Edward C. Richard
Chuhak & Tecson PC
30 S. Wacker Drive, Suite 2600
Chicago, IL 60606
(312) 849-4135
(312) 444-9027 - Fax

LaSalle Bank NA
William J. Robertson
1301 East Ogden Avenue
Naperville, IL 60563
(630) 630-2012
(630) 983-2011- Fax

David W. Baddley
Greenberg Traurig LLP
77 West Wacker Drive
Suite 2500
Chicago, IL 60601
(312) 456-5205
(312) 456-8435 – Fax

Priscilla H. Douglas
California First Leasing Corporation
18201 Von Karman Avenue, Suite 800
Irvine, CA 92612
(949)255-0500
(949) 255-5320 – Fax

Susan Barnes de Resendiz
Gardner Carton & Douglas LLP
10815 Oak Hollow Street
Houston, TX 77024-3017
(713) 984-9234
(713) 984-1440 - Fax

Sara R. Bollerup
Mintz, Levin, Cohn, Ferris, Glovsky and Popco, P.C.
One Financial Center
Boston, MA 02111
(617) 542-6000
(617) 542-2241 – Fax

David G. Aelvoet
Linebarger Goggan Blair & Sampson, LLP
711 N. Navarro, Suite 300
San Antonio, TX 78205
(210) 225-4422
(210) 225-6410 – Fax

Philips Medical Capital, LLC
c/o Thomas V. Askounis
Askounis & Borst, P.C.
303 East Wacker Drive, Suite 1000
Chicago, IL 60601

Celtic Leasing Corp.
4 Park Plaza, Suite 300
Irvine, CA 92614

Neil Herskowitz
Riverside Contracting LLC
2109 Broadway, Suite 206
New York, NY 10023

US Bancorp
1450 Channel Parkway
Marshall, MN 56258

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| WEIGHT INTERVENTION AND ) | Honorable Pamela S. Hollis |
| SURGICAL HEALTHCARE HOLDING, ) | |
| LLC, et al., ) | Case No. 05 B 16002 |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |

**MOTION TO APPROVE AMENDMENT TO DIP BUDGET UNDER
FINAL ORDER (I) AUTHORIZING DEBTORS TO (A) OBTAIN POST-PETITION
FINANCING PURSUANT TO 11 U.S.C. §§ 105, 361, 362, 364(c)(1), 364(c)(1),
364(c)(2), 364(c)(3) AND 364(d)(1), AND (B) TO UTILIZE CASH COLLATERAL
PURSUANT TO 11 U.S.C. § 363, (II) GRANTING ADEQUATE PROTECTION
TO LENDER PURSUANT TO 11 U.S.C. §§ 361, 362 AND 363, (III) MODIFYING
AUTOMATIC STAY, AND (IV) PROVIDING OTHER RELIEF**

Weight Intervention and Surgical Healthcare Holding, LLC and its related debtors in the above-captioned jointly administered cases (collectively, the "Debtors"),[1] hereby move (the "Motion") this Court for entry of an order amending the DIP Budget under the Final Order (I) Authorizing Debtors (A) to Obtain Post-Petition Financing Pursuant to 11 U.S.C. §§ 105, 361, 364(c)(1), 364(c)(2), 364(c)(3) and 364(d)(1), and (B) to Utilize Cash Collateral Pursuant to 11 U.S.C. § 363, (II) Granting Adequate Protection to Lender Pursuant to 11 U.S.C. §§ 361, 362 and 363, (III) Modifying Automatic Stay, and (IV) Providing other Relief (the "Final DIP Order"). In support of this Motion, the Debtors respectfully represent as follows:

---

[1] The Debtors are Weight Intervention and Surgical Healthcare Holding, LLC, Weight Intervention and Surgical Healthcare Center No. 3, LLC, Weight Intervention and Surgical Healthcare Center No. 4, LLC, Weight Intervention and Surgical Healthcare Center No. 5, LLC, WISH Center No. 6, LLC, WISH Center No. 7, PLLC, WISH Center No. 8, PLLC, WISH Center No. 9, LLC, WISH Center No. 10, PLLC, WISH Center No. 103, LLC, WISH Products, LLC, Midwest Trauma, LLC, Midwest Surgical Real Estate Holdings, LLC and Midwest Surgical, LLC.

011.1286450.1

## BACKGROUND

1. On April 22, 2005, the Debtors filed with this Court their voluntary petitions for relief under chapter 11 of the Bankruptcy Code. Pursuant to §§ 1107 and 1108 of the Bankruptcy Code, the Debtors continue to operate their businesses and manage their properties as debtors-in-possession.

2. This Court has jurisdiction pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a "core proceeding" within the meaning of 28 U.S.C. §§ 157(b)(2)(A), (L) and (O). The statutory predicates for the relief sought herein are §§ 105, 363 and 364 of the Bankruptcy Code.

3. On May 20, 2005, this Court entered the Final DIP Order which, among other things, authorized the Debtors to obtain debtor-in-possession financing from Wish Acquisition, LLC, the proposed purchaser of substantially all of the Debtors' assets (the "Purchaser").

4. On July 27, 2005, this Court entered an order approving the sale of substantially all of the Debtors' assets (the "Asset Sale") to the Purchaser.

5. Although the Debtors anticipated that the Asset Sale would have closed weeks ago, it has not closed as of the filing of this Motion. The Debtors, however, believe that closing of the Asset Sale is imminent.

## RELIEF REQUESTED

6. Because of the delay in closing the Asset Sale, additional borrowings are required under the Final DIP Order. Under the Final DIP Order, this Court's approval is required for an amendment or modification of the DIP Budget if such amendment or modification constitutes a "material change." The Final DIP Order defines "material change" as

2

011.1286450.1

> a change that operates to increase the rate of interest other than as currently provided, add additional specific events of default, increase the aggregate amount of the DIP Financing above the Maximum Credit Amount of enlarge the nature and extent of remedies available to Lender following an event of default . . . .

See Final DIP Order at ¶ 23.

7. Because the Debtors require financing in excess of the $1 million authorized under the Final DIP Order, this Court's approval of a revised DIP Budget is necessary (the "Revised DIP Budget"). The Revised DIP Budget is attached hereto as Exhibit A.

8. Approval of the Revised DIP Budget is necessary to fund all of the administrative costs of the Debtors' estates through closing. The Debtors' unsecured creditors will not be prejudiced by approval of the Revised DIP Budget because the Purchaser's claim arising therefrom will be deemed assumed by the Purchaser at closing.

## NOTICE

9. Notice of this Motion has been given to: (a) the United States Trustee; (b) LaSalle Bank, N.A.; (c) the Purchaser; (d) Counsel for the Committee; (e) other potentially secured creditors of the Debtors; and (f) other parties requesting service of notices or pleadings pursuant to Bankruptcy Rule 2002. The Debtors submit that, given the nature of the relief requested herein, no further notice is necessary.

3

011.1286450.1

WHEREFORE, the Debtors respectfully request that this Court enter an order, in the form attached hereto, granting the relief requested herein and such other and further relief as is just and proper.

Dated:   September 2, 2005

                        Respectfully submitted,

                        Weight Intervention and Surgical Healthcare Holding, LLC, et al., Chapter 11 Debtors-In-Possession

                        By: s/ Geoffrey S. Goodman
                            One of their Attorneys

Edward J. Green (No. 6225069)
Geoffrey S. Goodman (No. 6272539)
F. Alexis Tretter (No. 6284156)
Foley & Lardner LLP
321 North Clark Street, Suite 2800
Chicago, IL 60610
Telephone: (312) 832-4500
Facsimile: (312) 832-4700

4

Consolidated Wish Holdings, LLC
Extended DIP Budget
($000s)

| Week Ending | 4/22/2005 Actual | 4/29/2005 Actual | 5/6/2005 Actual | 5/13/2005 Actual | 5/20/2005 Actual | 5/27/2005 Actual | 6/3/2005 Actual | 6/10/2005 Actual | 6/17/2005 Actual | 6/24/2005 Actual | 7/1/2005 Actual | 7/8/2005 Actual | 7/15/2005 Actual | 7/22/2005 Actual | 7/29/2005 Actual | 8/5/2005 Actual | 8/12/2005 Actual | 8/19/2005 Actual | 8/26/2005 Estimated | Actual To Date Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Receipts:** | | | | | | | | | | | | | | | | | | | | |
| Receipts for Receivables | $30,758 | $157,992 | | | $173,624 | $193,062 | $165,792 | $203,204 | $172,258 | $203,126 | $146,356 | $175,618 | | $101,504 | $92,851 | $167,478 | $145,554 | $114,248 | $119,394 | $124,875 | $126,530 | $127,991 | $2,961,845 |
| Deposits/Refunds | | | | | ($11,473) | ($59,527) | ($58,591) | | | ($4,541) | ($23,578) | ($8,706) | | | ($3,842) | | ($55,598) | | ($30,929) | | | (111,147) |
| Rental Income | | | | | | | $3,976 | | | | | | $35,462 | | | | $27,462 | | | | | 113,932 |
| Trauma One Management Fee | | $23,487 | | | | $28,472 | $32,071 | | $33,605 | $10,498 | $24,518 | | $20,871 | $20,653 | | $67,287 | | $3,075 | $110,938 | $58,562 | $3,689 | $25,853 | 173,685 |
| Miscellaneous Cash Receipts | | | | | | | | | | | | | | | | | | | | | | | 270,414 |
| **Total Receipts** | $30,758 | $157,992 | $242,054 | | $162,151 | $180,457 | $195,331 | $203,204 | $195,864 | $209,081 | $147,297 | $166,907 | $167,837 | $122,004 | $234,766 | $172,826 | $139,186 | $230,272 | $173,498 | $130,219 | $154,794 | $3,408,759 |
| **Disbursements:** | | | | | | | | | | | | | | | | | | | | | |
| Operating Disbursements: | | | | | | | | | | | | | | | | | | | | | |
| Physician Payroll | Incl in 4/29 | 141,606 | 48,460 | 52,271 | 59,085 | 42,901 | 42,901 | 45,816 | 43,155 | 49,959 | 41,603 | 42,561 | 46,851 | 42,695 | 46,851 | 48,395 | 44,907 | 43,367 | 41,903 | 46,000 | $967,559 |
| Clinic Payroll | Incl in 4/29 | 167,865 | | 63,473 | | 76,298 | 76,298 | 77,564 | | 78,508 | | 68,375 | | | 77,260 | | 76,984 | | 70,248 | | 70,000 | 853,259 |
| Corporate Payroll | Incl in 4/29 | 49,527 | | 46,503 | | 46,940 | 46,940 | 45,228 | | 43,492 | | 39,830 | | | 41,451 | | 41,210 | | 41,504 | | 40,000 | 435,705 |
| Rent | | | $70,888 | | | | | $74,039 | | | | $95,915 | | | 617 | | | | | | 77,446 | 371,146 |
| Employee Benefits | | | $7,495 | $39,609 | | 2,937 | 2,937 | $38,611 | | (1,392) | | $2,616 | ($5,020) | $617 | 1,350 | $77,446 | $54,178 | $115,600 | 578 | $37,100 | 185,450 |
| 401(k) Termination Fees | | | | | | | | | | | | | | | | $37,100 | $30,776 | | | | | 15,600 |
| Property and Liability Insurance | | $88,373 | | $6,000 | $86,373 | $36,030 | $36,030 | $23,846 | $15,195 | $55,383 | $55,393 | $86,373 | | | $86,373 | | | | | | | 552,570 |
| Advertising/Marketing | | | $33,000 | | $136 | $8,030 | $8,030 | | | ($51,126) | ($51,126) | $66,799 | | | $129,927 | | | $9,448 | | | $88,500 | 436,176 |
| Lab Costs | | | | | | $300 | $300 | | | $2,556 | $2,556 | $2,077 | $3,717 | $1,089 | $1,001 | | $200 | $191 | | $126,024 | | 13,937 |
| Outside Medical Professionals | | | $13,850 | $29,258 | $8,507 | $13,570 | $13,570 | $13,850 | $13,850 | $14,435 | $14,435 | $13,875 | $13,850 | $1,958 | $14,900 | | $826 | $13,138 | | $13,850 | $2,000 | 260,430 |
| Office Expense | | | $6,846 | $9,852 | $927 | $3,570 | $3,570 | $5,223 | $7,097 | $4,190 | $4,190 | $4,980 | $1,458 | $4,211 | $2,041 | $15,085 | $5,258 | $3,138 | | $3,290 | $13,850 | 83,384 |
| Utilities | | | | $1,629 | | $4,606 | $4,606 | $4,818 | $6,574 | $3,333 | $3,333 | $10,215 | $8,636 | $4,579 | $4,562 | $774 | $1,635 | | | | $4,000 | 84,036 |
| Products (proton supplement, etc.) | | | | | $6,212 | | | | $7,280 | | | | | $8,168 | | $3,385 | $9,485 | | | | $53,000 | 23,292 |
| Other Corporate Costs | | $500 | $4,377 | $4,789 | $7,114 | $1,129 | $1,129 | $1,509 | $20 | $1,332 | $1,332 | $6,543 | $6,029 | $1,577 | $10,408 | $8,093 | | $8,895 | $618 | $52,500 | $11,000 | 83,022 |
| Capital Lease Obligations | | | | | $4,109 | $12,277 | $12,277 | | $5,356 | $25,416 | $25,416 | $16,574 | $11,825 | $1,347 | $1,347 | $2,563 | $771 | $56,949 | | $7,290 | $2,500 | 9,273 |
| **Total Operating Disbursements** | $0 | $478,707 | $182,916 | $271,432 | $178,474 | $236,808 | $236,808 | $209,433 | $222,999 | $225,752 | $225,752 | $316,759 | $194,463 | $70,478 | $413,121 | $76,731 | $293,702 | $106,262 | $222,161 | $193,053 | $395,896 | $4,404,696 |
| Financing/Bankruptcy Disbursements: | | | | | | | | | | | | | | | | | | | | | |
| Interest | | | | | | | | | | | | | | | | | | | | | | $0 |
| Bankruptcy Advertising & Copy Costs | | | | | | | | | | 5,425 | | | | | 346 | | | | | | | 6,752 |
| Harpeth Capital | | | | | | 20,000 | 20,000 | | | | | | | | | | | | | | 981 | 20,209 |
| Foley & Lardner | | | | | | | | | | | | | | | 25,698 | | | | | | 143,000 | 143,500 |
| Creditors' Committee Attorney (Arnstein & Lehr) | | | | | | | | | | | | | | | | | | | 14,302 | | 40,000 |
| Fees to USCV | | | | | 35,900 | | | | 21,465 | 17,000 | 17,000 | | | | | 750 | 1,000 | 46,161 | | | | 119,526 |
| U.S. Trustee Fees | | | | | | | | | | | | | | | 8,500 | | | | | | | 10,250 |
| Debtor Professionals | | | | | | | | | | | | | | | 700 | | | | | | | 700 |
| **Total Financing Disbursements** | $0 | $0 | $0 | $0 | $35,900 | $20,000 | $20,000 | $0 | $21,465 | $22,425 | $22,425 | $0 | $0 | $70,478 | $9,546 | $26,448 | $1,000 | $45,161 | $0 | $158,283 | $340,228 |
| **Total Disbursements** | $0 | $478,707 | $182,916 | $271,432 | $214,374 | $258,808 | $258,808 | $209,433 | $244,464 | $248,177 | $248,177 | $316,759 | $194,463 | $70,478 | $422,668 | $103,179 | $294,702 | $165,262 | $267,312 | $193,053 | $554,179 | $4,745,126 |
| DIP Outstanding: | | | | | | | | | | | | | | | | | | | | | |
| DIP Advances | $100,000 | 100,000 | | $200,000 | $200,000 | 200,000 | $400,000 | $400,000 | $400,000 | $400,000 | $400,000 | 70,000 | $470,000 | $470,000 | 102,000 | 150,000 | | $722,000 | | 150,000 | | |
| DIP Outstanding | $100,000 | $200,000 | | | | $400,000 | $400,000 | $400,000 | $400,000 | $400,000 | $400,000 | $470,000 | $470,000 | $470,000 | $672,000 | $722,000 | $722,000 | $722,000 | $972,000 | $972,000 | $972,000 | |
| Cash Balance | $243,098 | $22,359 | $81,491 | ($27,790) | $138,294 | $74,816 | $68,588 | $19,987 | $115,307 | $14,428 | ($83,424) | ($100,059) | ($42,035) | ($123,528) | $65,521 | ($69,995) | $54,015 | $110,202 | ($91,980) | $147,369 | ($292,018) | |
| | | | | | | | | | | | | | | | | (147,934) | (17,981) | | 78,830 | | | |

EXHIBIT  tabbies.