IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WEIGHT INTERVENTION AND | ) | Honorable Pamela S. Hollis |
| SURGICAL HEALTHCARE HOLDING, | ) | |
| LLC, et al., | ) | Case No. 05 B 16002 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

## ORDER PURSUANT TO BANKRUPTCY
## RULE 3003(C)(3) SETTING FINAL DATE TO FILE PROOFS OF CLAIM

This Court, having considered the motion (the "Motion") of Weight Intervention and Surgical Healthcare Holding, LLC and its related debtors in the above-captioned jointly administered cases (collectively, the "Debtors"),[4] for entry of an order setting a bar date for filing Requests for Payment of Administrative Expense Claims in the Debtors' chapter 11 cases; this Court having reviewed the Motion and having heard the statements of counsel in support of the relief requested therein at a hearing thereon (the "Hearing"); the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and (c) notice of the Motion and Hearing given by the Debtors was sufficient under the circumstances and no further notice is required; and the Court being fully advised and having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief herein granted,

---

[4] The Debtors are Weight Intervention and Surgical Healthcare Holding, LLC, Weight Intervention and Surgical Healthcare Center No. 3, LLC, Weight Intervention and Surgical Healthcare Center No. 4, LLC, Weight Intervention and Surgical Healthcare Center No. 5, LLC, WISH Center No. 6, LLC, WISH Center No. 7, PLLC, WISH Center No. 8, PLLC, WISH Center No. 9, LLC, WISH Center No. 10, PLLC, WISH Center No. 103, LLC, WISH Products, LLC, Midwest Trauma, LLC, Midwest Surgical Real Estate Holdings, LLC and Midwest Surgical, LLC.

011.1269015.1

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED;

2. Any and all persons and entities (including, but not limited to, individuals, partnerships, corporations, estates, trusts, and governmental units), except the persons and entities described in paragraphs 4(a) and 4(b) of this order, that hold or assert claim(s) against the Debtors that arose, accrued, or otherwise became due and payable on and between April 22, 2005 through and including September 8, 2005 (the "Closing"), and are entitled to priority in accordance with 11 U.S.C. §§ 503(b) and 507(a)(1) (the "Administrative Expense Claim(s)"), must file a request for allowance and payment of said Administrative Expense Claim on or before 5:00 p.m. on November 15, 2005 (the "Administrative Expense Claims Bar Date");

3. Except as provided in paragraphs 4(a) and 4(b) below, all Administrative Expense Claims filed after the Administrative Expense Claims Bar Date shall be deemed disallowed;

4. The exceptions to the November 15, 2005 deadline for filing Administrative Expense Claims are: (a) claims held by the Office of the United States Trustee; and (b) claims held by Court-approved professionals employed by the Debtors or the Official Committee of Unsecured Creditors.

5. The Court hereby authorizes and directs counsel for the Debtors to file and serve the Notice of Bar Date for Filing Requests for Payment of Administrative Expense Claims, in substantially the same form as Exhibit A attached to the Motion, within seven days of the entry of this Order; and

011.1269015.1

6.  All Administrative Expense Claims must be filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, at 219 South Dearborn Street, Room 614, Chicago, Illinois 60604.

Dated: _____, 2005

ENTERED:

_____
UNITED STATES BANKRUPTCY JUDGE

OCT - 4 2005

Prepared by:
Edward J. Green (Bar # 6225069)
Geoffrey S. Goodman (Bar # 6272297)
F. Alexis Tretter (No. 6284156)
Foley & Lardner LLP
321 North Clark Street, Suite 2800
Chicago, IL 60610
Telephone: (312) 832-4500
Facsimile: (312) 832-4700

011.1269015.1

3