## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### *EASTERN DIVISION*

| | |
|---|---|
| In re:<br><br>WEIGHT INTERVENTION AND SURGICAL HEALTHCARE HOLDING, LLC, ET AL.,<br><br>         Debtors. | Chapter 11<br>Case No. 05 B 16002<br>Jointly Administered<br><br>Hon. Pamela S. Hollis<br><br>Hearing Date: May 4, 2006<br>Hearing Time: 10:00 a.m. |

### NOTICE OF MOTION

**TO:**   ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on **Thursday, May 4, 2006 at 10:00 a.m.** or as soon thereafter as counsel may be heard, counsel to the Official Committee of Unsecured Creditors (the "Committee") for the Estate of Weight Intervention and Surgical Health Care Holding, LLC and related Debtors ("Debtors") will appear before United States Bankruptcy Judge Pamela S. Hollis, or any other judge sitting in her stead, in Courtroom 644 of the Dirksen Federal Building, 219 S. Dearborn St., Chicago, Illinois, and then and there present the attached **FINAL APPLICATION OF ARNSTEIN & LEHR LLP FOR ALLOWANCE OF INTERIM FEES AND REIMBURSEMENT OF COSTS AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**, at which time and place you may appear as you see fit.

| | |
|---|---|
| Dated: April 13, 2006 | ARNSTEIN & LEHR LLP, Counsel for The Official Committee of Unsecured Creditors<br><br>By: /s/ Joy E. Levy<br>        One of Its Attorneys |

Barry A. Chatz (ARDC #06196639)
Miriam R. Stein (ARDC #06238163)
Joy E. Levy (ARDC #06281972)
ARNSTEIN & LEHR LLP
120 S. Riverside Plaza, Suite 1200
Chicago, IL 60606
Phone: (312) 876-7100
Fax: (312) 876-0288

### CERTIFICATE OF SERVICE

I, Joy E. Levy, an attorney, certify that I caused a copy of the attached Notice and Application to be sent to all creditors and other parties in interest that are listed on the attached Service List by depositing same in the U.S. Mail April 13, 2006.

/s/ Joy E. Levy

**SERVICE LIST**

Stephen G. Wolfe
Office of the United States
 Trustee
227 West Monroe Street
Suite 3350
Chicago, IL 60606

Sara R. Bolerup
Mintz, Levin, Cohn, Ferris,
Glovsky
 and Popco, P.C.
One Financial Center
Boston, MA 02111

Middletown Regional Hospital
c/o Edward C. Richard
Chuhak & Tecson PC
30 S. Wacker Drive
Suite 2600
Chicago, IL 60606

Brian K. Gart
Greenberg Traurig LLP
401 East La Olas Boulevard
Suite 2000
Fort Lauderdale, FL 33301

David G. Aelvoet
Linebarger Goggan Blair &
 Sampson, LLP
711 N. Navararo, Suite 300
San Antonio, TX 78205

Edward J. Green
Geoffrey S. Goodman
Foley & Lardner LLP
321 North Clark Street
Suite 2800
Chicago, IL 60610

Tracey L. Treger
Gardner Carton & Douglas LLP
191 N. Wacker Drive
Suite 3700
Chicago, IL 60606-1698

Phillips Medical Capital, LLC
c/o Thomas V. Askounis
Askounis & Borst, P.C.
303 East Wacker Drive, Suite 1000
Chicago, IL 60601

Michael S. Held
Jenkens & Gilchrist
A Profesional Corporation
1445 Ross Avenue, Suite 3200
Dallas, TX 75202-2799

LePetomane XVII, Inc., as
 Liquidating Trustee
c/o Jay A. Steinberg
55 E. Erie Street, Apt. 1902
Chicago, IL 60611

Zachary Mosner
Assistant Attorney General
Bankruptcy & Collections Unit
900 Fourth Avenue, Suite 2000
Seattle, WA 98164-1012

Jeffrey Rosen, M.D.
The WISH Center
2801 Finley Road,
2nd Floor
Downers Grove IL 60515

LaSalle Bank NA
William J. Robertson
1301 East Ogden Avenue
Naperville, IL 60563

US Bancorp
1450 Channel Parkway
Marshall, MN 56258

David W. Baddley
Greenberg Trauriag LLP
77 West Wacker Drive
Suite 2500
Chicago, IL 60601

Celtic Leasing Corp.
4 Park Plaza, Suite 300
Irvine, CA 92614

Susan Barnes de Resendiz
Gardner Carton & Douglas LLP
10815 Oak Hollow Street
Houston, TX 77024-3017

Neil Herskowitz
Riverside Contracting LLC
2109 Broadway, Suite 206
New York, NY 10023

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
*EASTERN DIVISION***

| | |
|---|---|
| In re:<br><br>WEIGHT INTERVENTION AND<br>SURGICAL HEALTHCARE HOLDING,<br>LLC, <u>ET</u> <u>AL</u>.,<br><br>            Debtors. | Chapter 11<br>Case No. 05 B 16002<br>Jointly Administered<br><br>Hon. Pamela S. Hollis<br><br>Hearing Date: May 4, 2006<br>Hearing Time: 10:00 a.m. |

**FINAL APPLICATION FOR ALLOWANCE
OF COMPENSATION AND REIMBURSEMENT OF
EXPENSES FOR ARNSTEIN & LEHR LLP - COUNSEL TO THE
<u>OFFICIAL COMMITTEE OF UNSECURED CREDITORS</u>**

Barry A. Chatz, Mark F. Miller, Erik L. Kantz, Miriam R. Stein, Joy E. Levy and Arnstein & Lehr LLP (collectively "A&L") counsel for the Official Committee of Unsecured Creditors (the "Committee") for the Estate of Weight Intervention and Surgical Healthcare Holding, LLC and its related debtors ("Debtors"), respectfully submit this Final Application for Allowance of Compensation and Reimbursement of Expenses (the "Application") for legal services rendered on behalf of the Committee during the period from April 22, 2005 through February 28, 2006 ("Application Period"), pursuant to Sections 330 and 331 of the United States Bankruptcy Code (the "Code"). In support of this Application, A&L states as follows:

**I. Background of Case**

1.      On April 22, 2005, (the "Petition Date"), the Debtors filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code

2.      On May 5, 2005, the Court approved the employment of A&L as counsel to the Committee retroactive to April 22, 2005.  A&L was paid an advance retainer in the

amount of $40,000, which was authorized by the Court on May 12, 2005.  On May 17, 2005, the Court entered an order establishing procedures for compensation and reimbursement of fees and expenses for all professionals.  The order provided that A&L and the other professionals could submit monthly fee statements, requesting 80% of fees incurred for the applicable month and 100% of expenses incurred for the same time period.

## II.  A&L Fee and Expense Request

3. Since April 22, 2005, A&L has continued to render actual and necessary legal services to the Committee which include participation in the sale of the Debtors' businesses, review of claims, analysis of preference recovery, court attendance, and related work.

4. The legal services provided by A&L have been subdivided into the following categories:  (A) General Case Administration; (B) Schedules and Statement of Financial Affairs; (C) Employment of Professionals; (D) Financing; (E) Disposition of Assets; (F) Relief from Stay Issues; (G) Plan and Disclosure Statement; (H) Claims Administration; (I) Fee Petitions; and (J) Litigation.  The time expensed in each of the billing categories is set forth in Exhibits A through L attached hereto, and is summarized as follows:

| **ATTORNEY** | **SPECIALTY** | **HOURS** | **HOURLY RATE** |
|---|---|---|---|
| Barry A. Chatz ("BAC") | Bankruptcy | 75.30 | $460 |
| Mark F. Miller ("MFM") | Corporate | 58.20 | $400 |
| William G. Nosek ("WGN") | Corporate | 13.00 | $380 |
| Miriam R. Stein ("MRS") | Bankruptcy | 13.50 | $310 |

| Joy E. Mason-Levy ("JEM") | Bankruptcy | 53.90[1] | $250 |
| Lola A. Nesteruk ("LAN") - paralegal | Paralegal | 0.20 | $150 |

The hourly rates listed above are customary and reasonable and are the same hourly rates charged to A&L's non-bankruptcy clients for various other matters.

5.　　The fees sought by A&L in each of the aforesaid billing categories are summarized as follows:

| EXHIBIT | TITLE OF CATEGORY | AMOUNT SOUGHT |
|---|---|---|
| A | General Case Administration | $33,970.00 |
| B | Schedules and Statement of Financial Affairs | $644.00 |
| C | Employment of Professionals | $2,616.00 |
| D | Financing | $2,406.00 |
| E | Disposition of Assets | $2,851.80 |
| F | Relief from Stay Issues | $230.00 |
| G | Plan and Disclosure Statement | $2,300.00 |
| H | Claims Administration | $5,087.00 |
| I | Fee Petition | $3,497.00[2] |
| J | Litigation | $1,325.00 |
|  | **TOTAL FEES** | **$56,026.80** |
| K | Expenses | $824.17 |

6.　　There has been no duplication of services, either by partners or associates of A&L. When two or more attorneys participated in any activity, such joint participation was necessary as a result of either the complexity of the problems involved or the need to familiarize each attorney with the matters at issue so that each attorney could perform further necessary work.

---

[1] An additional 4 hours are estimated for the preparation of the instant application and attendance at the hearing thereon, at Joy Mason-Levy's 2006 hourly rate for 2006 of $275.

[2] Plus an additional $1,100 as described in footnote 1.

7. The tasks performed and time expended by A&L in each of the listed categories and expenses incurred by A&L are set forth in the attached exhibits and are summarized as follows:

EXHIBIT A - General Case Administration. This category includes attendance at court hearings, communications and meetings with the Debtors' counsel and creditors, and other and further services to administer the Chapter 11 case. A&L spent 84.50 hours of attorney and paralegal time (BAC: 39.80; MRS: 13.50; MFM: 21.70; WGN: 3.40; JEM: 5.90; and LAN: 0.20 hours) on the foregoing services, as is more fully described in Exhibit A. Said services have a value of $33,970, for which A&L is seeking compensation.

EXHIBIT B – Schedules and Statement of Financial Affairs. This category includes time spent reviewing the Debtors' schedules and statement of financial affairs. A&L spent 1.40 hours of attorney time (BAC: 1.40 hours) on the foregoing services, as is more fully described in Exhibit B. Said services have a value of $644, for which A&L is seeking compensation.

EXHIBIT C – Employment of Professionals. This category includes time spent preparing a motion to employ A&L as counsel for the Committee, approval of a retainer for A&L and attendance at the hearings thereon. A&L spent 8.70 hours of attorney time (BAC: 2.10; JEM: 6.60 hours) on the foregoing services, as is more fully described in Exhibit C. Said services have a value of $2,616, for which A&L is seeking compensation.

EXHIBIT D - Financing. This category includes time spent negotiating with the Debtors' counsel re DIP financing and budget. A&L spent 5.40 hours of attorney time (BAC: 4.10 and MFM: 1.30 hours) on the foregoing services, as is more fully described in Exhibit D. Said services have a value of $2,406, for which A&L is seeking compensation.

EXHIBIT E – Disposition of Assets. This category includes all work related to review and analysis of the sale of the Debtors' business, preparing an objection thereto, review of sale agreements, negotiations with Debtors' counsel re same, and hearings thereon. A&L spent 68.10 hours of attorney time (BAC: 24.50; MFM: 34.00; and WGN: 9.60 hours) on the forgoing services as more fully described in Exhibit E. Said services have a value of $2,851, for which A&L is seeking compensation.

EXHIBIT F – Relief from Stay Issues. This category time spent at a hearing to modify the automatic stay. A&L spent 0.50 hours of attorney time (BAC: 0.50 hours) on the forgoing services as more fully described in Exhibit F. Said services have a value of $230, for which A&L is seeking compensation.

EXHIBIT G – Plan and Disclosure Statement. This category includes all time spent reviewing the Debtors' Plan and Disclosure Statement and attendance at hearings thereon. A&L spent 8.60 hours of attorney time (BAC: 0.50 and JEM: 8.10 hours) on the forgoing services as more fully described in Exhibit G. Said services have a value of $2,300, for which A&L is seeking compensation.

EXHIBIT H – Claims Administration/Creditor Issues. This category includes time spent analyzing claims filed against the Debtor's estate, discussing settlement of claims with Debtors' counsel, and review of bank records re preference actions. A&L spent 18.50 hours of attorney time (BAC: 2.20 and JEM: 16.30 hours) on the foregoing services, as is more fully described in Exhibit H. Said services have a value of $5,087 for which A&L seeks compensation.

EXHIBIT I – Fee Petition. This category includes all work related to the preparation of the monthly fee applications, revisions to same, as well as estimated time for the preparation of the instant application and hearing thereon. A&L spent 13.10 hours of attorney time (MRS: 14.00; BAC: 0.70; LAN: 0.40; and JEL: 3.40 hours) on the forgoing services as more fully described in Exhibit I, and estimates an additional 4 hours to prepare the instant application (JEM: 4 hours x $275 per hour) and attend the hearing thereon. Said services have a value of $4,597, for which A&L is seeking compensation.

EXHIBIT J – Litigation. This category includes all time spent analyzing potential preference actions. A&L spent 5.30 hours of attorney time (JEM: 5.30 hours) on the foregoing services, as is more fully described in Exhibit J. Said services have a value of $1,325 for which A&L seeks compensation.

EXHIBIT J -Expenses. Exhibit K lists expenses, such as copying costs at 10¢ per page, long distance costs relating to facsimile transmittals and phone calls and overnight delivery charges. A&L has voluntarily reduced its copying charges from $.20 per page to $.10 per page, and has eliminated the cost of sending and receiving faxes (except for the long distance portion of outgoing faxes). A&L has made disbursement and seeks reimbursement of expenses in the amount of $824.17.

8.    A&L respectfully submits that the fees and expense reimbursement sought herein are reasonable given the nature, extent and value of the services rendered, the quality and skill which the situation required, and the costs of comparable services in other cases under Chapter 11, and that time has been fairly and properly expended.

9.    Based on the hourly charges of A&L set forth above, A&L requests that the Court determine and allow it $56,026.80 as compensation and $824.17 for the

reimbursement of its reasonable out-of-pocket expenses pursuant to Section 330 and 331 of the Bankruptcy Code.

10. By this Motion, A&L also requests that the notice as provided to the 20 largest creditors, the U.S. Trustee, and all other parties requesting notice in this case, be deemed sufficient.

WHEREFORE, Barry A. Chatz, Miriam R. Stein, Joy E. Levy and the firm of Arnstein & Lehr LLP, respectfully request that the Court enter an Order:

(A) Awarding it $56,026.80 as second interim compensation and $824.17 in reimbursement of expenses as set forth herein pursuant to Bankruptcy Code Section 330 and 331, and authorizing the Debtor to pay the unpaid balance of same;

(B) Finding notice as provided is sufficient under the circumstances; and

(C) Granting such other and further relief as the Court deems just and proper.

> Respectfully submitted,
> Arnstein & Lehr LLP
>
> By: /s/Joy E. Levy
>     One of its Attorneys

Barry A. Chatz (ARDC #06196639)
Miriam R. Stein (ARDC #06238163)
Joy E. Levy (ARDC #06281972)
Arnstein & Lehr LLP
120 S. Riverside Plaza, Suite 1200
Chicago, IL 60606
Phone: (312) 876-7100
Fax: (312) 876-0288