UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05 B 16002 |
| | ) | |
| WEIGHT INTERVENTION and | ) | Chapter 11 |
| SURGICAL HEALTHCARE HOLDING, | ) | |
| LLC, ET AL., | ) | |
| | ) | |
| Debtor. | ) | Judge Pamela S. Hollis |

### FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER AWARDING TO ARNSTEIN & LEHR LLP, ATTORNEYS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, ALLOWANCE AND PAYMENT OF FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 56,026.80 | TOTAL COSTS REQUESTED: | $ 214.10 |
| TOTAL FEES REDUCED: | $     515.00 | TOTAL COSTS REDUCED: | $ 0 |
| TOTAL FEES ALLOWED: | $ 55,511.80 | TOTAL COSTS ALLOWED: | $ 214.10 |

**TOTAL FEES AND COSTS ALLOWED:   $ 55,725.90**

THE COURT HAS UNDERLINED THE ATTACHED TIME AND EXPENSE ENTRIES WHICH HAVE BEEN DISALLOWED IN WHOLE OR IN PART. THE BASIS FOR EACH DISALLOWANCE IS DISCLOSED BY THE NUMERICAL NOTATION WHICH APPEARS NEXT TO EACH HIGHLIGHTED ENTRY. THE NUMERICAL NOTATIONS REFER TO THE ENUMERATED PARAGRAPHS BELOW.

**(4)   Insufficient Description**

The court denies the allowance of compensation for the following task since the description of the time entry fails to identify in a reasonable manner the service rendered. In re Pettibone, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted.] Records which give no explanation of the activities performed are not compensable."); In re Wildman, 72 B.R. 700, 708-709 (Bankr. N.D. Ill. 1987) (same).

**(7)   Lumping**

The court may impose a ten percent penalty for "lumping." In re Wildman, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by 'lumping' a bunch of activities into a single entry. [Citation omitted.] Each type of service should be listed with the corresponding specific time allotment.").

(13)   **No Benefit to the Estate**

The court denies requests for fees relating to services that do not benefit the estate or that are not necessary to the administration of the case. 11 U.S.C. § 330(a)(4)(A). An attorney's internal work to determine whether the attorney's firm satisfies the disinterestedness requirement of section 327 of the Bankruptcy Code does not provide benefit to the estate and is not compensable.

IT IS SO ORDERED.

ENTERED:

Date:  5/4/06

PAMELA S. HOLLIS
United States Bankruptcy Judge

# ARNSTEIN & LEHR

120 S. RIVERSIDE PLAZA, SUITE 1200 • CHICAGO, ILLINOIS 60606-3910

(312) 876-7100

```
WEIGHT INTERVENTION & SURGICAL HEALTHCARE HOL        June 27, 2005
ATTN: RICHARD MEYER                                  Invoice 647071
2801 S. FINLEY ROAD                                  Page 4
DOWNERS GROVE, IL 60515
                                                     MFM

            TELEPHONE CONFERENCE WITH MR. NOSEK REGARDING
            LIENS AND ATTACHMENTS PERFECTION ISSUES (.10).
            REVIEW E-MAILS FROM MR. GOODMAN REGARDING TAX
            RETURNS (.70). DRAFT E-MAIL REGARDING BID
            PROCEDURE ISSUES (.30). TELEPHONE CONFERENCE WITH
            BUSINESS BROKER REGARDING MARKETING OF
            COMPANY (.10). OFFICE CONFERENCE WITH MR. CHATZ
            REGARDING SALE PROCEDURES AND UPCOMING COURT
            HEARING (.40).

            M.F. MILLER                    4.20 hrs.

05/16/05    WISH - REVIEW ISSUES RELATING TO A POTENTIAL LIEN
            OF PSI CARE AND HOW TO PROCEED THEREON.

            BARRY A. CHATZ                  .20 hrs.

05/16/05    WISH - TELEPHONE CALL WITH ED GREEN, COUNSEL TO
            THE DEBTOR, REGARDING BROKER PAYMENT ON SALE AND
            PSI CARE ISSUES.

            BARRY A. CHATZ                  .20 hrs.

05/16/05    WISH - TELEPHONE CALL WITH MARK THOMANN, OCEAN
            TOMO, REGARDING ISSUES REGARDING ENGAGEMENT.

            BARRY A. CHATZ                  .20 hrs.

05/16/05    REVIEW E-MAILS; TELEPHONE CONFERENCE WITH B.
            CHATZ.

            WILLIAM G. NOSEK                .50 hrs.

05/16/05    CALLS ON WISH REGARDING CASH COLLATERAL AND REVIEW
            OF DOCUMENTATION

            MIRIAM R. STEIN                1.00 hrs.

05/17/05    WISH - TELEPHONE CALL WITH STEPHEN WOLFE, OFFICE
            OF THE U.S. TRUSTEE, REGARDING ISSUES ON FINANCING
            AND SALE ORDER PROTOCOL.

            BARRY A. CHATZ                  .20 hrs.

05/17/05    WISH - TELEPHONE CALLS TO COUNSEL TO LARGEST
            CREDITOR, ATHENA DIAGNOSTICS, REGARDING CASE
            STATUS.

            BARRY A. CHATZ                  .20 hrs.

05/17/05    WISH - NUMEROUS E-MAILS REGARDING STATUS.

            BARRY A. CHATZ                  .20 hrs.

05/17/05    E-MAIL TO ATTORNEY; REVIEW ORDER.   ④   (-$76.00)

            WILLIAM G. NOSEK                .20 hrs.

05/17/05    WORK ON WISH REGARDING REVIEW OF CASH COLLATERAL
            AND SALE ISSUES.
```



FEDERAL IDENTIFICATION NO. 36 2041272

## ARNSTEIN & LEHR

120 S. RIVERSIDE PLAZA, SUITE 1200 • CHICAGO, ILLINOIS 60606-3910

(312) 876-7100

WEIGHT INTERVENTION & SURGICAL HEALTHCARE HOL  
ATTN: RICHARD MEYER  
2801 S. FINLEY ROAD  
DOWNERS GROVE, IL 60515

July 28, 2005  
Invoice 649975  
Page 2

MFM

|  |  | BARRY A. CHATZ | .20 hrs. |
|---|---|---|---|
| 06/13/05 | REVIEW MOTION TO MODIFY STAY | | |
|  |  | JOY E. MASON | .20 hrs. |
| 06/14/05 | WISH - TELEPHONE CALL WITH MICHAEL EIDELMAN, COUNSEL TO ROSEN, REGARDING DOCTOR FOR DEBTOR COMPANIES, REGARDING ISSUES OF "TALE" INSURANCE. | | |
|  |  | BARRY A. CHATZ | .30 hrs. |
| 06/15/05 | WISH - MEETING WITH M. MILLER REGARDING MEMO AND STATUS WITH RESPECT TO LACK OF FLEXIBILITY WITH RESPECT TO REDUCTION OF COSTS IMPACTING ON THE DISTRIBUTION TO CREDITORS. | | |
|  |  | BARRY A. CHATZ | .50 hrs. |
| 06/15/05 | WISH - REVIEW NUMEROUS E-MAILS ON DOCUMENT STATUS FROM DEBTOR'S COUNSEL. | | |
|  |  | BARRY A. CHATZ | .30 hrs. |
| 06/15/05 | MEETING WITH MARK MILLER REGARDING WISH; INITIAL REVIEW OF WISH SALE MATERIALS. | | |
|  |  | MIRIAM R. STEIN | 1.00 hrs. |
| 06/16/05 | WISH - COURT REGARDING RELIEF FROM STAY ~~NON-HEARING; COURT NOT CONDUCTING HEARINGS ON 6/16.~~  (13)  (-$92.00) | | |
|  |  | BARRY A. CHATZ | .20 hrs. |
| 06/16/05 | WISH - E-MAIL REGARDING REJECTION ISSUES TO GEOFF GOODMAN. | | |
|  |  | BARRY A. CHATZ | .10 hrs. |
| 06/16/05 | WISH - CONFERENCE CALL WITH COMMITTEE REGARDING STATUS. | | |
|  |  | BARRY A. CHATZ | .50 hrs. |
| 06/16/05 | WORK ON WISH OBJECTION TO SALE; CONFERENCE WITH BACHATZ REGARDING SAME. | | |
|  |  | MIRIAM R. STEIN | 1.50 hrs. |
| 06/17/05 | WORK ON WISH OBJECTION TO SALE AND REVIEW OF APA AND SALE MOTION. | | |
|  |  | MIRIAM R. STEIN | 2.00 hrs. |
| 06/20/05 | WISH - REVIEW AND REVISE OBJECTION PRIOR TO FILING. | | |
|  |  | BARRY A. CHATZ | .80 hrs. |

FEDERAL IDENTIFICATION NO. 36 2041272

# ARNSTEIN & LEHR

120 S. RIVERSIDE PLAZA, SUITE 1200 • CHICAGO, ILLINOIS 60606-3910

(312) 876-7100

```
WEIGHT INTERVENTION & SURGICAL HEALTHCARE HOL      June 27, 2005
ATTN: RICHARD MEYER                                Invoice 647074
2801 S. FINLEY ROAD                                Page 2
DOWNERS GROVE, IL 60515
                                                              MFM

05/05/05   OFFICE CONFERENCE WITH M. MILLER; COMPARE
           CONTRACTS; OFFICE CONFERENCE WITH B. CHATZ; REVIEW  (7)
           ORIGINAL NOTE, FIRST AND SECOND AMENDMENTS AND
           MORTGAGE.
           WILLIAM G. NOSEK          3.00 hrs.         (-$114.00)

05/06/05   WISH - INITIAL REVIEW OF SALE MOTION.
           BARRY A. CHATZ             .50 hrs.

05/06/05   WISH - TELEPHONE CALL WITH REPRESENTATIVE OF GE
           CAPITAL REGARDING POTENTIAL PURCHASE.
           BARRY A. CHATZ             .50 hrs.

05/06/05   WISH - REVIEW SCHEDULES AND EXHIBITS (.60); OFFICE
           CONFERENCE WITH MR. NOSEK REGARDING COMPARISON OF
           PRIOR TRANSACTIONS CONTRACT AND PROPOSED PURCHASE
           CONTRACT (.20); OFFICE CONFERENCE WITH MR. CHATZ
           REGARDING MOTION FOR SALE (.20).
           M.F. MILLER               1.00 hrs.

05/06/05   COMPARING TWO ASSET PURCHASE AGREEMENTS; REVIEWING
           AND DESCRIBING TRANSACTION DOCUMENTS.
           WILLIAM G. NOSEK          3.00 hrs.

05/08/05   WISH - REVIEW AND REVISE BROKER ENGAGEMENT LETTER,
           DRAFT INSERTS (1.0); DRAFT MEMO REGARDING ASSET
           PURCHASE AGREEMENT (1.0).
           M.F. MILLER               2.00 hrs.

05/10/05   WISH - TELEPHONE CONFERENCE WITH MR. GART, OFFICE
           CONFERENCE WITH MR. CHATZ REGARDING NEGOTIATIONS
           WITH BUYER, E-MAIL WITH MR. GREEN REGARDING
           BROKER.
           M.F. MILLER                .50 hrs.

05/11/05   WISH - E-MAILS TO AND FROM F&L ATTORNEYS (1.0),
           CONFERENCE CALL WITH POTENTIAL BROKERS WITH MR.
           KANNEY (1.70), REVIEW REQUESTED DOCUMENTS FROM
           DEBTORS (FINANCIAL STATEMENTS .50).
           M.F. MILLER               3.20 hrs.

05/13/05   WISH - TELEPHONE CALL WITH M. THOMANN, OCEAN TOMO,
           REGARDING PROTOCOL REGARDING ENGAGEMENT AND
           MARKETING OF "BRAND" OF WISH.
           BARRY A. CHATZ             .30 hrs.

05/13/05   WISH - TELEPHONE CALLS WITH GOODMAN AND GREEN
           REGARDING ASSET PURCHASE AGREEMENT AND BROKER
           ISSUES.
```

FEDERAL IDENTIFICATION NO. 36 2041272

# ARNSTEIN & LEHR

120 S. RIVERSIDE PLAZA, SUITE 1200 • CHICAGO, ILLINOIS 60606-3910

(312) 876-7100

```
WEIGHT INTERVENTION & SURGICAL HEALTHCARE HOL          July 28, 2005
ATTN: RICHARD MEYER                                    Invoice 649979
2801 S. FINLEY ROAD                                    Page 3
DOWNERS GROVE, IL 60515
                                                             MFM
```

|  |  |  |
|---|---|---|
|  | BARRY A. CHATZ | .50 hrs. |
| 06/14/05 | WISH - E-MAILS REGARDING HARPETH (FROM BROKER AND TO CREDITORS COMMITTEE), E-MAIL FROM MR. CHATZ (.30), DRAFT MEMO REGARDING OPEN ISSUES (.70), DRAFT REVISED APA LANGUAGE (2.0). |  |
|  | M.F. MILLER | 2.00 hrs. |
| 06/14/05 | WISH - REVIEW FINANCIALS. |  |
|  | M.F. MILLER | .30 hrs. |
| 06/15/05 | WISH - E-MAILS FROM HARPETH AND TO COMMITTEE REGARDING BROKER RESULTS (.40), DETERMINE OPEN ISSUES AND DRAFT MEMO TO MR. GOODMAN REGARDING COMMITTEE ISSUES (1.00), TELEPHONE CONFERENCE WITH MR. KANNEY REGARDING CREDITOR MATTERS (.20), E-MAILS TO COMMITTEE REGARDING STATUS AND CONFERENCE CALL (.60); TELEPHONE CONFERENCE WITH FOLEY & LARDNER REGARDING REVISED APA LANGUAGE (.50), TELEPHONE CONFERENCE WITH MS. STEIN REGARDING OBJECTIONS TO SALE OF ASSETS (.20), OFFICE CONFERENCE WITH MR. NOSEK REGARDING SALE OF ASSETS MATTERS (.50), TELEPHONE CONFERENCES AND OFFICE CONFERENCE WITH MR. CHATZ (.40). |  |
|  | M.F. MILLER | 3.80 hrs. |
| 06/16/05 | WISH - MEETING WITH M. STEIN REGARDING NUMEROUS ISSUES FOR OBJECTIONS TO SALE. |  |
|  | BARRY A. CHATZ | .50 hrs. |
| 06/16/05 | WISH - TELEPHONE CALL WITH COUNSEL/E-MAILS REGARDING INTERESTED PURCHASER REPRESENTED BY DAVID MISSNER. |  |
|  | BARRY A. CHATZ | .50 hrs |
| 06/20/05 | REVIEW E-MAIL AND FORWARD; FORWARD NOTICE OF OBJECTION. |  |
|  | WILLIAM G. NOSEK | .50 hrs. |
| 06/21/05 | REVIEW E-MAILS AND FORWARD TO COMMITTEE. |  |
|  | WILLIAM G. NOSEK | .50 hrs. |
| 06/23/05 | ~~WISH - PRE-HEARING CONFERENCE; ATTEND HEARING ON SALE; POST-HEARING DISCUSSION RELATING TO SALE OUTCOME.~~ ⑦ |  |
|  | BARRY A. CHATZ | 3.50 hrs.   (-$161.00) |
| 06/23/05 | WISH - REVIEW BUYER'S RESPONSE TO OBJECTION TO SALE |  |
|  | BARRY A. CHATZ | .30 hrs. |

FEDERAL IDENTIFICATION NO. 36 2041272

# ARNSTEIN & LEHR

120 S. RIVERSIDE PLAZA, SUITE 1200 • CHICAGO, ILLINOIS 60606-3910

(312) 876-7100

```
WEIGHT INTERVENTION & SURGICAL HEALTHCARE HOL        July 28, 2005
ATTN: RICHARD MEYER                                  Invoice 649979
2801 S. FINLEY ROAD                                  Page 4
DOWNERS GROVE, IL 60515
                                                            MFM


06/23/05   REVIEW E-MAILS REGARDING BROKERS' ACTIVITIES.

           WILLIAM G. NOSEK           .30 hrs.

06/24/05   WISH - REVIEW E-MAILS REGARDING NEGOTIATIONS
           CONCERNING SALE OF ASSETS AND ISSUES RAISED BY      (7)
           CREDITORS COMMITTEE. REVIEW FILE OBJECTIONS TO
           SALE OF ASSETS, REVIEW REPORTS FOR BROKERS.

           M.F. MILLER               1.80 hrs.         (-$72.00)

06/29/05   WISH - TELEPHONE CALL WITH M. THOMANN REGARDING
           STATUS OF SALE.

           BARRY A. CHATZ             .30 hrs

06/30/05   WISH - ATTEND HEARING SALE STATUS.

           BARRY A. CHATZ             .80 hrs.

06/30/05   WISH - TELEPHONE CALL WITH G. GOODMAN REGARDING
           SCI-CARE LANGUAGE IN SALE ORDER AND LACK OF
           RESOLUTION THEREON.

           BARRY A. CHATZ             .20 hrs.
```

## Summary of Fees

|                  | Hours | Rate/Hr | Dollars   |
|------------------|-------|---------|-----------|
| BARRY A. CHATZ   | 9.10  | 460.00  | 4,186.00  |
| M.F. MILLER      | 19.70 | 400.00  | 7,880.00  |
| WILLIAM G. NOSEK | 3.60  | 380.00  | 1,368.00  |
| TOTAL            | 32.40 | 414.63  | 13,434.00 |

Total Fees for Professional Services ............ $   13,434.00

## Reimbursable Costs

PHOTOCOPY CHARGES                                  $       58.80

Total Reimbursable Costs ................$          58.80

## Totals for This Matter

Balance per Invoice Dated June 27, 2005 .........   12,710.00
   MATTER BALANCE BROUGHT FORWARD ..............              12,710.00
Fees for Professional Services .................   13,434.00
Reimbursable Costs .............................       58.80

FEDERAL IDENTIFICATION NO. 36 2041272