# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05 B 16002 |
| | ) | |
| WEIGHT INTERVENTION and | ) | Chapter 11 |
| SURGICAL HEALTHCARE HOLDING, | ) | |
| LLC, ET AL., | ) | |
| | ) | |
| Debtor. | ) | Judge Pamela S. Hollis |

## FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER AWARDING TO FOLEY & LARDNER, LLP, ATTORNEYS FOR THE DEBTOR, ALLOWANCE AND PAYMENT OF FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 234,907.50 | TOTAL COSTS REQUESTED: | $ 21,430.47 |
| TOTAL FEES REDUCED: | $   1,420.35 | TOTAL COSTS REDUCED: | $  3,496.30 |
| TOTAL FEES ALLOWED: | $ 233,487.15 | TOTAL COSTS ALLOWED: | $ 17,934.17 |

### TOTAL FEES AND COSTS ALLOWED:   $ 251,421.32

THE COURT HAS UNDERLINED THE ATTACHED TIME AND EXPENSE ENTRIES WHICH HAVE BEEN DISALLOWED IN WHOLE OR IN PART. THE BASIS FOR EACH DISALLOWANCE IS DISCLOSED BY THE NUMERICAL NOTATION WHICH APPEARS NEXT TO EACH HIGHLIGHTED ENTRY. THE NUMERICAL NOTATIONS REFER TO THE ENUMERATED PARAGRAPHS BELOW.

### (2)   Reimbursement Limited to Actual, Necessary Expenses

The court denies the allowance of reimbursement for expenses which were not actually and necessarily incurred by the applicant. See 11 U.S.C. §§ 330(a)(1)(B) and 331. The fee application fails to demonstrate that the requested expenses for photocopies or facsimiles (or both) were actual out-of-pocket disbursements and that the quoted rates were necessary in light of prevailing (and lower) commercial rates. In the absence of such proof, the court will allow reimbursement of photocopy expenses at a rate of $0.10 per page in accordance with prevailing commercial rates.

### (7)   Lumping

The court may impose a ten percent penalty for "lumping." In re Wildman, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by 'lumping' a bunch of activities into a single entry. [Citation omitted.] Each type of service should be listed with the corresponding specific time allotment.").

**(12)    Clerical Work Not Compensable**

The court disallows the compensation of clerical or stenographic employees of the professional for the performance of routine clerical or administrative activities in the normal course of the professional's business, such as photocopying, secretarial work, or routine filing. Such activities are considered overhead of the professional and are built into the professional's hourly billing rates. In re Chellino, 209 B.R. 106, 114 (Bankr. C.D. Ill. 1996) (Paralegal, but not "clerk" services entitled to compensation at an hourly rate; clerk activities are overhead of the professional); Souza v. Miguel, 32 F. 3rd 1370, 1375 (9th Cir. 1994) (Trustee not entitled to reimbursement or compensation of overhead expenses such as secretarial, stenographic, clerical and routine messenger services).

IT IS SO ORDERED.

ENTERED:

Date: 5/4/06

PAMELA S. HOLLIS
United States Bankruptcy Judge

Our Ref. No.: 053346-0101  
Invoice No.: ******

Page 15  
Foley & Lardner LLP  
March 31, 2006

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 08/15/05 | EJGR | Exchange e-mails and telephone calls to and from LaSalle, Downers Grove landlord, purchasers, owners, etc. regarding amended lease, LaSalle release and payoff, corporate practice of medicine and other closing items. (7) (-$42.50) | 1.00 | $425.00 |
| 08/16/05 | GSG | Review status of open closing issues (.3); telephone conferences with E. Green regarding same (.2). | 0.50 | $177.50 |
| 08/17/05 | EJGR | Telephone calls to and from, conference calls with and exchange of emails with each owner regarding description of documents to be executed (all 54) and answer all questions regarding same and coordinate execution of all documents and telephone calls to and from purchaser's counsel, landlord, LaSalle, etc. regarding amended lease, LaSalle UCC's and payoffs, amended documents, releases, employment agreements, etc. (7) (-$221.00) | 5.20 | $2,210.00 |
| 08/18/05 | GSG | Telephone conferences with E. Green regarding Closing issues. | 0.20 | $71.00 |
| 08/18/05 | EJGR | Telephone calls to and from and exchange e-mails with owners, purchasers, bankers, employees, etc. regarding closing items, numerous documents, etc. and otherwise close sale of WISH. (7) (-$76.50) | 1.80 | $765.00 |
| 08/19/05 | GSG | Telephone conferences with R. Meyer and E. Green regarding lease issue (.2); review Closing update list (.1). | 0.30 | $106.50 |
| 08/19/05 | EJGR | Telephone calls to and from and exchange e-mails with owners, purchasers, bankers, etc. regarding closing items, agreements, documents, etc. and attention to various closing items. (7) (-$106.25) | 2.50 | $1,062.50 |
| 08/20/05 | GSG | Correspondence with B. Chatz regarding Closing. | 0.10 | $35.50 |
| 08/22/05 | EJGR | Telephone calls to and from purchasers, owners, bank, et al. regarding final closing items and execution of remaining documents. (7) (-$29.75) | 0.70 | $297.50 |
| 08/23/05 | KEHA | Discuss and prepare reply e-mail to B. Rivera regarding rejected contracts and contact for recovery of equipment. | 0.20 | $29.00 |
| 08/23/05 | GSG | Follow up on Closing issues (.3); telephone conference with E. Green regarding same (.1); correspondence with M. Thomann regarding Closing (.1). | 0.50 | $177.50 |
| 08/23/05 | EJGR | Telephone calls to and from purchasers and owners regarding security deposit for lease and other closing items and post-sale cleanup. (7) (-$55.25) | 1.30 | $552.50 |
| 08/24/05 | GSG | Review purchaser list of alleged open issues (.2); review and gather documents and prepare response to same (.4); telephone conferences with E. Green regarding same (.3); correspondence with H. Fisk regarding Closing (.1); review of and revise Notice of Entry of Sale Order (.3). | 1.30 | $461.50 |

Our Ref. No.: 053346-0101  
Invoice No.: ******

Page 16  
Foley & Lardner LLP  
March 31, 2006

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 08/24/05 | KEHA | Review sale order, prepare and revise notice of entry of sale order. | 0.70 | $101.50 |
| 08/24/05 | EJGR | Exchange e-mails with and telephone calls to and from purchasers, owners, bank, et al., regarding last remaining signatures and last remaining closing items. ⑦ (-$42.50) | 1.00 | $425.00 |
| 08/25/05 | KEHA | Prepare for service of notice regarding entry of sale order. | 0.70 | $101.50 |
| 08/25/05 | CDD | Update master service list in order to prepare for service of Notice of Entry of Sale Order. | 2.30 | $161.00 |
| 08/25/05 | GSG | Telephone conference with R. Meyer regarding new account and closing. | 0.10 | $35.50 |
| 08/25/05 | EJGR | Exchange e-mails with and telephone calls to and from LaSalle, American Chartered, Downers Grove landlord, purchasers' counsel, owners, physicians, etc. regarding final closing issues and negotiation of open items. ⑦ (-$93.50) | 2.20 | $935.00 |
| 08/26/05 | EJGR | Follow-up on closing items and telephone calls to all interested parties regarding same. ⑦ (-$63.75) | 1.50 | $637.50 |
| 08/29/05 | CDD | Prepare certificate of service with service lists regarding Notice of Entry of Sale Order. | 0.40 | $28.00 |
| 08/29/05 | GSG | Review of closing correspondence and respond to same. | 0.20 | $71.00 |
| 08/30/05 | KEHA | Draft e-mail to R. Meyer attaching invoice and requesting payment of same (.1); review and revise certificate of service regarding notice of entry of sale order (.2). | 0.30 | $43.50 |
| 09/02/05 | GSG | Correspondence with B. Chatz, D. Marks and E. Green regarding Closing. | 0.20 | $71.00 |
| 09/06/05 | KEHA | Locate and forward sale order to Mr. Brezina via electronic mail. | 0.20 | $29.00 |
| 09/07/05 | GSG | Telephone conferences with D. Marks and E. Green regarding Closing. | 0.30 | $106.50 |
| 09/07/05 | EJGR | Numerous telephone conferences to and from purchasers, LaSalle, owners, etc. regarding final closing issues and wire transfers. ⑦ (-$21.25) | 0.50 | $212.50 |
| 09/08/05 | KEHA | Receipt and review of e-mail from R. Meyer regarding leased equipment (.1); prepare response regarding same (.1). | 0.20 | $29.00 |
| 09/09/05 | FT | Review email re: Graebel Storage and teleconference with L. Douglas regarding need for letter allowing release of property. | 0.70 | $175.00 |
| 09/09/05 | GSG | Telephone conferences with R. Meyer and L. Tretter regarding Grabill release of equipment. | 0.30 | $106.50 |

Our Ref. No.: 053346-0101  
Invoice No.: ******

Page 19  
Foley & Lardner LLP  
March 31, 2006

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 11/10/05 | CJR | Analyze remaining requirements to close the sale of membership interest in Naperville Surgical Centre LLC (.2); draft closing documents (.3). | 0.50 | $112.50 |
| 11/10/05 | CJR | Analyze and prepare remaining requirements to close the sale of membership interest in Naperville Surgical Centre LLC (.2); call Mr. R. Lang to organize closing to occur on November 15, 2005 (.1). | 0.30 | $67.50 |
| 11/15/05 | CJR | Conduct final preparations for closing (.4); meet Mr. R. Lang to close sale of 10 Series A Units of membership interest in Naperville Surgical Centre, LLC (.3). | 0.70 | $157.50 |
| 01/19/06 | GSG | Review APA regarding disposition of assets of Midwest Surgical Specialists. | 0.20 | $71.00 |
| 01/27/06 | GSG | Review landlord request regarding assignment documents. | 0.20 | $71.00 |
| 02/08/06 | EJGR | Discuss transfer of assets from estate to trustee. | 0.20 | $90.00 |
| | | Task Total: | 241.90 | $83,426.50 |

**Re: Business Operations**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 04/25/05 | GSG | Meet with I. Bodenstein and S. Wolfe regarding payment of pre-petition wages. | 0.30 | $106.50 |
| 04/25/05 | EJGR | Telephone conferences to physician owners regarding status and developments and results of court hearing and go-forward strategy and prepare e-mails to physicians regarding payroll and prepetition wages motion. | 1.50 | $637.50  ⑦ (-$63.75) |
| 04/26/05 | GSG | Telephone conferences with R. Meyer regarding Public Storage's threat to auction property (.3); draft letter to Public Storage regarding same and telephone conferences with Public Storage regarding same (.5). | 0.80 | $284.00 |
| 04/26/05 | EJGR | Outline supplemental affidavit regarding wages motion. | 0.40 | $170.00 |
| 04/27/05 | EJGR | Edit and revise patient deposit press release and discuss same and give lengthy interview to Dane Placko at Fox News and extended and numerous conversations with Richard Meyer and Jeff Rosen regarding deposit issue (2.2); continued attention to wages motion and calls to and from UST's office and lender's counsel regarding settlement proposals and rework budget and numerous telephone calls to and from owners and individual surgeons regarding wage settlement proposals (1.8). | 4.00 | $1,700.00  ⑦ (-$76.50) |
| 04/28/05 | GSG | Prepare revised Orders regarding pre-petition wages and case management. | 0.30 | $106.50 |
| 04/29/05 | GSG | Review of and revised proposed Order regarding pre-petition wages and cash management. | 0.50 | $177.50 |

|  |  |  |  | Page 23 |
| --- | --- | --- | --- | --- |
| Our Ref. No.: 053346-0101 |  |  |  | Foley & Lardner LLP |
| Invoice No.: ****** |  |  |  | March 31, 2006 |

| Date | Atty | Description | Hours | Amount |
| --- | --- | --- | --- | --- |
| 06/14/05 | GSG | Review and analyze purchaser's comments regarding assumption and assignment of contracts and leases (.5); advise L. Tretter regarding motion related to same (.2); conference call with purchaser regarding contracts and leases (.5). | 1.20 | $426.00 |
| 06/15/05 | FT | Draft motion to assume and reject executory contracts and unexpired leases with four exhibits, review and revise same. | 5.40 | $1,350.00 |
| 06/15/05 | GSG | Review of and revise draft of contracts/leases motion (1.2); correspondence with D. Marks regarding insurance (.2); advise R. Meyer regarding paying bills through closing (.1). | 1.50 | $532.50 |
| 06/16/05 | GSG | Review correspondence regarding contracts and leases motion. | 0.20 | $71.00 |
| 06/17/05 | GSG | Review and analyze contract and lease issues and schedules regarding same (.9); telephone conference with Celtic Leasing regarding assumption issues (.2). | 1.10 | $390.50 |
| 06/20/05 | KEHA | Prepare for service of motion relating to contracts on 1700+ creditors and interested parties. | 1.10 | $159.50 |
| 06/20/05 | GSG | Review GE correspondence regarding claims; continue preparing contracts motion and exhibits and telephone conferences with R. Meyer and F. Chantahayan regarding same. ⑦ (-$56.80) | 1.60 | $568.00 |
| 06/21/05 | FT | Return calls and inquiries related to assumption and rejection of leases. | 0.20 | $50.00 |
| 06/21/05 | EJGR | Telephone call to D. Marks regarding malpractice insurance (0.2); discuss 401(k), malpractice and PTO with R. Meyer (0.3); review insurance policies (0.3). | 0.80 | $340.00 |
| 06/21/05 | KEHA | Perform service of motion/notice regarding contracts (2.4); prepare for electronic filing of same (.2). | 2.60 | $377.00 |
| 06/22/05 | GSG | Telephone conference with Celtic Leasing regarding assignment of lease and update purchaser regarding same. | 0.20 | $71.00 |
| 06/24/05 | KEHA | Telephone call with Speakeasy regarding treatment as utility company (.2); telephone call with Nextel regarding outstanding amounts due (.2); telephone call with client regarding same (.1). | 0.50 | $72.50 |
| 06/24/05 | GSG | Numerous telephone conferences and correspondence with R. Meyer regarding various issues, including insurance, financials (.5); review financials and DIP Budget to actual (.3). | 0.80 | $284.00 |
| 06/29/05 | GSG | Review of Philips Medical analysis regarding leases and respond to same (.6); prepare revised Order granting motion to assume and reject contracts and leases (.7). | 1.30 | $461.50 |

Our Ref. No.: 053346-0101  
Invoice No.: ******

Page 30  
Foley & Lardner LLP  
March 31, 2006

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 05/10/05 | EJGR | Review and edit Middleton Hospital letter (0.1); review and discuss various committee e-mails and issues with G. Goodman (0.2); discuss Trauma One, tax returns, status, etc. with J. Rosen, M. Iwanicki (0.4). | 0.70 | $297.50 |
| 05/11/05 | GSG | Numerous telephone conferences with WISH creditors and former and current patients regarding bankruptcy (1.8); telephone conferences and correspondence with R. Meyer, B. Chatz, M. Miller regarding documents for UCC and review and forward same (.6). ⑦ | 2.40 | $852.00 (- $63.90) |
| 05/12/05 | GSG | Correspondence with R. Meyer, B. Chatz and M. Miller regarding additional documents to UCC and review same (.4); numerous telephone conferences with WISH creditors and patients regarding bankruptcy and status (1.2). | 1.60 | $568.00 |
| 05/12/05 | KEHA | Receipt of and coordinate return of creditor calls. | 0.20 | $29.00 |
| 05/12/05 | EJGR | Attention to, review and discuss hospital agreements, tax returns with J. Rosen, G. Goodman, C. Salvino, et. al. (0.7); telephone conferences to and from creditors regarding status (0.8); update D. Swill and Dr. M. Iwanicki regarding Trauma One status (0.2); telephone conferences to and from LaSalle and American Chartered regarding status (0.3). | 2.00 | $850.00 |
| 05/13/05 | GSG | Numerous telephone conferences with WISH creditors and patients regarding bankruptcy, claims and status (1.9); telephone conference with B. Nosek regarding assignment documents (.2). ⑦ | 2.10 | $745.50 (- $67.45) |
| 05/13/05 | KEHA | Prepare certificate of service for orders of first day motions (.4); update master service list (.2); communications with various creditors regarding receipt of notice (.1); forward via e-mail core service list to Gardner Carton (.1). | 0.80 | $116.00 |
| 05/13/05 | EJGR | Telephone conferences from creditors regarding notice, claims, status, etc. (1.5); telephone calls to and from Chris Salvino regarding status and strategy (0.5); telephone calls from CFO regarding budgeted items, tax returns, collections, accounts receivable (0.7); exchange e-mails and telephone calls with lenders regarding open items (0.3). ⑦ | 3.00 | $1,275.00 (- $63.75) |
| 05/16/05 | KEHA | Review and revise certificates of service regarding sale motion and first day orders and gather selected motions scheduled (.3); prepare for and electronically file same (.4); obtain court calendar call for May 17, 2005 (.2). | 0.90 | $130.50 |

|  |  |  |  | Page 32 |
|---|---|---|---|---|
| Our Ref. No.: 053346-0101 | | | | Foley & Lardner LLP |
| Invoice No.: ****** | | | | March 31, 2006 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 05/23/05 | KEHA | Coordinate update of creditor matrix with forwarding addresses (.1); discuss schedules and SOFA's (.2). | 0.30 | $43.50 |
| 05/23/05 | KEHA | Draft and revise cover letter enclosing commencement notice and proof of claim. | 0.30 | $43.50 |
| 05/23/05 | GSG | Review information for schedules. | 0.20 | $71.00 |
| 05/23/05 | EJGR | Discuss status and go-forward strategy with Geoff Goodman. | 0.30 | $127.50 |
| 05/24/05 | KEHA | Begin to prepare schedule F and schedule D (1.0); receipt and review of electronic notices and handle accordingly (.3); communications regarding consolidation of schedules and SOFA's (.2). | 1.50 | $217.50 |
| 05/24/05 | GSG | Telephone conferences with R. Meyer regarding schedules. | 0.40 | $142.00 |
| 05/24/05 | EJGR | Discuss Attorney General issues with Dr. Rosen and in-house counsel. | 0.30 | $127.50 |
| 05/25/05 | KEHA | Revise schedule F information. | 2.40 | $348.00 |
| 05/25/05 | EJGR | Discuss Trauma I schedules with R. Meyers and owners (0.3); review pleadings and motions (0.3); telephone calls from LaSalle regarding status and timing (0.3). | 0.90 | $382.50 |
| 05/25/05 | GSG | Numerous telephone conferences with creditors and patients regarding claims, Chapter 11, and status. ⑦ (-$56.80) | 1.60 | $568.00 |
| 05/25/05 | CDD | Draft Certificates of Service and compile service information regarding sale order, bid notice and DIP Order (.6); convert same for electronic filing (.3); electronically file same (.5). | 1.40 | $98.00 |
| 05/26/05 | KEHA | Prepare schedule E and begin preparation of schedule G. | 4.10 | $594.50 |
| 05/26/05 | GSG | Numerous telephone conferences with creditors and patients regarding Chapter 11, claims and status. ⑦ (-$24.85) | 0.70 | $248.50 |
| 05/27/05 | EJGR | Discuss status with Dr. Iwanicki (0.5); conference call with WISH team regarding attorney general subpoena (0.5); review electronic pleadings, electronic proofs of claim, etc. (0.2). | 1.20 | $510.00 |
| 05/27/05 | KEHA | Continue to prepare Schedule G's (1.3); revise Schedule F's to include pending litigation/suits (.5). | 1.80 | $261.00 |
| 05/27/05 | GSG | Respond to questions regarding Debtors' schedules and statement of financial affairs (.3); numerous telephone conferences with WISH creditors and patients regarding claims, notices, sale and status (.8). ⑦ (-$28.40) | 1.10 | $390.50 |
| 05/28/05 | KEHA | Prepare Schedule B's (1.4); prepare Statements of Financial Affairs (1.5). | 3.90 | $565.50 |

|  |  |  |  |  | Page 37 |
|---|---|---|---|---|---|
| Our Ref. No.: 053346-0101 |  |  |  |  | Foley & Lardner LLP |
| Invoice No.: ****** |  |  |  |  | March 31, 2006 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 07/20/05 | KEHA | Telephone conference with U.S. Trustee's office regarding quarterly fees. | 0.10 | $14.50 |
| 07/21/05 | KEHA | Follow-up on service issues- returned service and proper address for future service (.8); telephone conference with U.S. Trustee's Office regarding quarterly fees (.1); telephone conference with R. Meyer regarding same (.1); draft cover letter to U.S. Trustee enclosing quarterly fees for WISH Holdings (.2). | 1.20 | $174.00 |
| 07/25/05 | EJGR | Numerous telephone calls from LaSalle, owners, CFO, purchasers, etc. regarding closing checklist, status, closing documents and go-forward strategy (1.2); edit and revise various agreements and documents (1.3). ⑦ | 2.50 | $1,062.50  (-$51.00) |
| 07/26/05 | KEHA | Update core service list to include Riverside Contracting LLC (.2); prepare e-mail response to K. Biggs attaching case commencement notice, bar date notice and proof of claim form (.2). | 0.40 | $58.00 |
| 07/26/05 | GSG | Telephone conference with R. Meyer and correspondence with B. Chatz regarding Arnstein fees. | 0.20 | $71.00 |
| 07/29/05 | CJW | Research Lexis, Accurint and Autotrack to obtain public records for Ms. K. Drane. | 0.50 | $37.50 |
| 07/29/05 | CDD | Review of address information acquired by C. Wagner of returned mail for correct information. | 0.80 | $56.00 |
| 07/29/05 | KEHA | Telephone conference with U.S. Trustee's office regarding quarterly fees (.1); re-serve contracts motion on Southwest Accommodations Network (.2); updated contracts service list regarding same (.1). | 0.40 | $58.00 |
| 07/29/05 | EJGR | Review and revise various closing agreements and numerous telephone calls to owners, CFOs, physicians, and purchasers regarding same and update closing checklist. | 2.50 | $1,062.50 |
| 08/02/05 | KEHA | Draft fax cover to U.S. Trustee's office regarding quarterly fees (.4); telephone conferences with J. Detrick regarding completion of proof of claim form (.2). | 0.60 | $87.00 |
| 08/04/05 | KEHA | Communications with United States Trustee regarding payment of quarterly fees. | 0.30 | $43.50 |
| 08/05/05 | KEHA | Communications with U.S. Trustee's office regarding quarterly fees for WISH Center Nos. 6-8 (.2); draft cover letter to U.S. Trustee enclosing same (.2); receipt of fax from G. Goodman regarding proof of claim and prepare response regarding same (.1). | 0.50 | $72.50 |
| 08/05/05 | GSG | Telephone conferences with creditors regarding status. | 0.40 | $142.00 |

| | | | | Page 51<br>Foley & Lardner LLP |
|---|---|---|---|---|
| Our Ref. No.: 053346-0101 | | | | |
| Invoice No.: ****** | | | | March 31, 2006 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 09/26/05 | MHWO | Conference with B. Morgan regarding issues with termination of 401(k) plan. | 0.20 | $115.00 |
| 09/26/05 | BSMO | Call from G. Goodman regarding whether F&L is the appropriate party to review an asset purchase agreement with respect to previously illiquid assets held by a 401(k) plan; conference with M. Woolever regarding same; email to G. Goodman regarding same. | 0.30 | $105.00 |
| 09/26/05 | GSG | Review WISH 401(K) APA to Naperville Surgery Center (.2), telephone conference with R. Meyer regarding same (.1). | 0.30 | $106.50 |
| 09/28/05 | BSMO | Email from G. Goodman regarding review of APA vs. 401(k) plan document; conference with M. Woolever regarding same; email to G. Goodman regarding same. | 0.30 | $105.00 |
| 09/28/05 | GSG | Correspondence with R. Meyer regarding 401(K) APA. | 0.10 | $35.50 |
| 09/30/05 | GSG | Telephone conference with R. Lang regarding 401(K) APA. | 0.20 | $71.00 |
| 10/02/05 | BSMO | Review Asset Purchase Agreement, plan document for 401(k) plan to determine whether Plan has authority to enter into sales transaction; draft detailed email to M. Woolever regarding findings.  ⑦ | 2.80<br>(-$98.00) | $980.00 |
| 10/03/05 | BSMO | Review and revise detailed email to M. Woolever regarding findings on review of Wish Center 401(k) plan document, Asset Purchase Agreement. | 0.40 | $140.00 |
| 10/04/05 | GSG | Telephone conference with J. Rosen regarding 401(K) APA (.2); telephone conference with B. Morgan regarding same (.1). | 0.30 | $106.50 |
| 10/04/05 | BSMO | Review M. Woolever email regarding authority of company to approve sale of LLC units (.2); conference with M. Woolever regarding same (.1); call to G. Goodman regarding same (.2); call from G. Goodman regarding contact information (.1); call to R. Meyer regarding trustee issues (.3); email from, reply to R. Meyer regarding need for names of trustees of 401(k) plan, if any (.2). | 1.10 | $385.00 |
| 10/05/05 | BSMO | Email from R. Meyer regarding trustees of 401(k) plan (.1); email to G. Goodman regarding same (.1); email from/to G. Goodman regarding preparation of authorization form, review of asset purchase agreement (.1); prepare authorization for trustees (.5); review and revise same (.3); email to G. Goodman (.1). | 1.20 | $420.00 |
| 10/06/05 | EJGR | Discuss 401(k) issues with G. Goodman. | 0.20 | $85.00 |
| 01/25/06 | GSG | Telephone conferences with J. Rosen, R. Meyer and D. Marks regarding 401(K) issues and audit on same. | 0.40 | $142.00 |

Our Ref. No.: 053346-0101  
Invoice No.: ******

Page 59  
Foley & Lardner LLP  
March 31, 2006

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 07/21/05 | KEHA | Prepare notice of motion and certificate of service regarding motion to extend time to file plan and disclosure statement (.2); prepare same motion for filing electronically and file via ECF (.4); perform service regarding same (.1). | 0.70 | $101.50 |
| 08/04/05 | KEHA | Prepare attorney for hearing on extension motion. | 0.10 | $14.50 |
| 08/04/05 | GSG | Attend court hearing regarding motion to extend time to file Plan and Disclosure Statement. | 0.60 | $213.00 |
| 09/20/05 | GSG | Draft motion to extend time to file Plan and Disclosure Statement. | 0.60 | $213.00 |
| 09/29/05 | EJGR | Discuss plan issues with G. Goodman. | 0.10 | $42.50 |
| 10/13/05 | GSG | Draft Joint Plan of Liquidation. | 1.20 | $426.00 |
| 10/21/05 | KEHA | Prepare notice of motion and certificate of service regarding extension of time for filing plan and disclosure statement (.2); check Judge's calendar call to determine available hearing dates for motion (.1); prepare motion for electronic filing (.2); electronically file same (.2); perform service regarding same (.1). | 0.80 | $116.00 |
| 10/24/05 | FT | Preparation for 11/1 hearing re: motion to extend time to file plan and disclosure statement. | 0.20 | $50.00 |
| 10/27/05 | GSG | Continue drafting Plan and reviewing issues related to same. | 2.50 | $887.50 |
| 10/28/05 | GSG | Continue drafting Plan (.8); draft Disclosure Statement (.9); telephone conference with B. Chatz regarding same (.1). | 1.80 | $639.00 |
| 10/29/05 | GSG | Revise drafts of the Plan and Disclosure Statement. | 1.30 | $461.50 |
| 10/30/05 | GSG | Continue drafting and revising Disclosure Statement (3.9); revise Plan to conform to same (.6). | 4.50 | $1,597.50 |
| 10/30/05 | EJGR | Review and revise latest drafts of plan and disclosure statement and discuss same with G. Goodman. | 1.20 | $510.00 |
| 10/31/05 | DVW | Prepare notice of filing and certificate of service regarding WISH disclosure statement pursuant to section 1125 of the bankruptcy code for the debtors' joint plan of liquidation; prepare for and electronically file disclosure statement (including corrected entry); serve disclosure statement, joint plan of liquidation, and certificate of service and notice of filing to core service list. ⑦ | 2.60 | $169.00 (-$16.90) |
| 10/31/05 | FT | Preparation for 11/1 hearing regarding filing of disclosure statement and plan. | 0.60 | $150.00 |
| 10/31/05 | KEHA | Review and revise notice of filing and certificate of service regarding disclosure statement and plan (.2); assist with electronic filing of same and oversee service of same (.2). | 0.40 | $58.00 |

|  |  |  |
|---|---|---|
| Our Ref. No.: 053346-0101 | | Page 67 |
| Invoice No.: ****** | | Foley & Lardner LLP |
| | | March 31, 2006 |

| Date | Description | Amount |
|---|---|---|
| 08/04/05 | 6 Copies. | 0.90 |
| 08/05/05 | 7 Copies. | 1.05 |
| 08/08/05 | 22 Copies. | 3.30 |
| 08/11/05 | 581 Copies. | 87.15 |
| 08/12/05 | 30 Copies. | 4.50 |
| 08/15/05 | 3 Copies. | 0.45 |
| 09/21/05 | 423 Copies. | 63.45 |
| 09/27/05 | 819 Copies. | 122.85 |
| 10/04/05 | 9 Copies. | 1.35 |
| 10/06/05 | 27 Copies. | 4.05 |
| 10/06/05 | 15 Copies. | 2.25 |
| 10/10/05 | 85 Copies. | 12.75 |
| 10/13/05 | 37 Copies. | 5.55 |
| 10/14/05 | 391 Copies. | 58.65 |
| 10/14/05 | 56 Copies. | 8.40 |
| 10/18/05 | 102 Copies. | 15.30 |
| 10/21/05 | 144 Copies. | 21.60 |
| 10/26/05 | 16 Copies. | 2.40 |
| 10/28/05 | 586 Copies. | 87.90 |
| 10/28/05 | 2 Copies. | 0.30 |
| 10/31/05 | 442 Copies. | 66.30 |
| 10/31/05 | 731 Copies. | 109.65 |
| 10/31/05 | 70 Copies. | 10.50 |
| 11/03/05 | 3 Copies. | 0.45 |
| 11/04/05 | 65 Copies. | 9.75 |
| 11/04/05 | 9 Copies. | 1.35 |
| 11/07/05 | 357 Copies. | 53.55 |
| 11/14/05 | 9 Copies. | 1.35 |
| 11/21/05 | 3 Copies. | 0.45 |
| 11/28/05 | 96 Copies. | 14.40 |
| 12/02/05 | 40 Copies. | 6.00 |
| 12/30/05 | 78 Copies. | 11.70 |
| 12/30/05 | 50 Copies. | 7.50 |
| | | $9,678.90 |

*(-$3,226.30)* ②

**Transportation / Travel Expenses**

| | | |
|---|---|---|
| 05/06/05 | Transportation / Travel Expenses - - Vendor: Geoffrey S Goodman Gsg-taxi,4/28/05,chgo,court | 6.00 |
| 05/19/05 | Transportation / Travel Expenses - - Vendor: Flash Cab Co. Cab 4/23 F&l/hammond In | 73.60 |
| 05/24/05 | Transportation / Travel Expenses - - Vendor: Geoffrey S Goodman Gsg-taxis,5/12/05,chgo,court | 11.00 |
| | | $90.60 |

**Other Fees**

| | | |
|---|---|---|
| 11/02/05 | Other Fees - - Vendor: Csc Lien/litigation Work In Il,searches | 519.00 |
| | | $519.00 |

**Shipping/courier/messenger Services**

| | | |
|---|---|---|
| 01/10/06 | Federal Express | 10.16 |
| 01/10/06 | Federal Express | 9.99 |
| 05/02/05 | Federal Express | 8.71 |

Our Ref. No.: 053346-0101  
Invoice No.: ******

Page 75  
Foley & Lardner LLP  
March 31, 2006

| Date | Description | Amount |
|---|---|---|
| 06/23/05 | Facsimile Charges: 8610022 | 7.00 |
| 06/23/05 | Facsimile Charges: 12065875150 | 7.00 |
| 06/23/05 | Facsimile Charges: 12148554300 | 7.00 |
| 06/23/05 | Facsimile Charges: 2555320 | 7.00 |
| 06/23/05 | Facsimile Charges: 12065875150 | 7.00 |
| 06/23/05 | Facsimile Charges: 8760288 | 7.00 |
| 06/23/05 | Facsimile Charges: 16309832011 | 7.00 |
| 06/23/05 | Facsimile Charges: 5693000 | 9.00 |
| 06/23/05 | Facsimile Charges: 4568435 | 7.00 |
| 06/23/05 | Facsimile Charges: 19547651477 | 7.00 |
| 06/23/05 | Facsimile Charges: 5693210 | 7.00 |
| 06/23/05 | Facsimile Charges: 5693201 | 7.00 |
| 06/23/05 | Facsimile Charges: 4449027 | 7.00 |
| 06/23/05 | Facsimile Charges: 19492555320 | 6.50 |
| 07/21/05 | Facsimile Charges: 12153512686 | 3.00 |
| 08/02/05 | Facsimile Charges: 8865794 | 1.00 |
| 08/25/05 | Facsimile Charges: 19724205024 | 3.50 |
| 09/14/05 | Facsimile Charges: 13032142158 | 1.00 |
| 09/15/05 | Facsimile Charges: 13032142158 | 1.00 |
| 09/26/05 | Facsimile Charges: 17735271127 | 3.50 |
| 10/20/05 | Facsimile Charges: 17135231800 | 3.50 |
| 12/06/05 | Facsimile Charges: 7261550 | 1.00 |
| | | $641.50 |

**Staff Overtime**

| Date | Description | Amount |
|---|---|---|
| 04/17/05 | Staff Overtime---tc | 180.00 |
| 04/23/05 | Staff Overtime--mq | 33.75 |
| 05/07/05 | Staff Overtime----ab | 56.25 |
| | | $270.00 |

(12) (-$270.00)

**Electronic Legal Research Services**

| Date | Description | Amount |
|---|---|---|
| 01/10/06 | Electronic Legal Research Services - Westlaw | 27.80 |
| 05/02/05 | Electronic Legal Research Services - Lexis/nexis | 1.64 |
| 05/02/05 | Electronic Legal Research Services - Lexis/nexis | 1.22 |
| 05/02/05 | Electronic Legal Research Services - Lexis/nexis | 8.40 |
| 05/02/05 | Electronic Legal Research Services - Lexis/nexis | 7.25 |
| 05/11/05 | Electronic Legal Research Services - Westlaw | 29.76 |
| 06/01/05 | Electronic Legal Research Services - Lexis/nexis | 15.00 |
| 06/01/05 | Electronic Legal Research Services - Lexis/nexis | 7.00 |
| 06/08/05 | Electronic Legal Research Services - Westlaw | 30.90 |
| 06/10/05 | Electronic Legal Research Services - Westlaw | 7.50 |
| 06/14/05 | Electronic Legal Research Services - Lexis/nexis | 1.10 |
| 06/16/05 | Electronic Legal Research Services - Westlaw | 80.40 |
| 06/16/05 | Electronic Legal Research Services - Westlaw | 61.32 |
| 06/16/05 | Electronic Legal Research Services - Westlaw | 7.83 |
| 06/21/05 | Electronic Legal Research Services - Westlaw | 20.85 |
| 06/24/05 | Electronic Legal Research Services - Lexis/nexis | 2.55 |
| 06/24/05 | Electronic Legal Research Services - Lexis/nexis | 27.61 |
| 06/24/05 | Electronic Legal Research Services - Lexis/nexis | 151.15 |
| 06/24/05 | Electronic Legal Research Services - Lexis/nexis | 37.13 |
| 06/24/05 | Electronic Legal Research Services - Lexis/nexis | 26.24 |
| 06/24/05 | Electronic Legal Research Services - Lexis/nexis | 8.40 |