IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WEIGHT INTERVENTION AND SURGICAL HEALTHCARE HOLDING, LLC, et al., | ) ) ) | Honorable Pamela S. Hollis |
| | ) | Case No. 05 B 16002 |
| | ) | |
| Debtors.[1] | ) | (Substantively Consolidated) |
| | ) | |

## CERTIFICATE OF SERVICE

The undersigned, an attorney, states that on May 27, 2009, he served true and correct copies of the NOTICE OF MOTION and MOTION FOR ENTRY OF FINAL DECREE CLOSING CASE, via U.S. Mail, first class, postage pre-paid, upon the individuals, as listed on the attached Service List.

Dated: June 4, 2009

LePetomane XVII, Inc., not individually but solely in its capacity as Liquidating Trustee of the WISH Liquidating Trust

By: /s/ Geoffrey S. Goodman
    One of their Attorneys

Edward J. Green (No. 6225069)
Geoffrey S. Goodman (No. 6272297)
Foley & Lardner LLP
321 North Clark Street, Suite 2800
Chicago, IL 60654
Telephone: (312) 832-4500
Facsimile: (312) 832-4700

---

[1] The Debtors are Weight Intervention and Surgical Healthcare Holding, LLC, Weight Intervention and Surgical Healthcare Center No. 3, LLC, Weight Intervention and Surgical Healthcare Center No. 4, LLC, Weight Intervention and Surgical Healthcare Center No. 5, LLC, WISH Center No. 6, LLC, WISH Center No. 7, PLLC, WISH Center No. 8, PLLC, WISH Center No. 9, LLC, WISH Center No. 10, PLLC, WISH Center No. 103, LLC, WISH Products, LLC, Midwest Trauma, LLC, Midwest Surgical Real Estate Holdings, LLC and Midwest Surgical, LLC.

**IN RE: WEIGHT INTERVENTION AND SURGICAL HEALTHCARE HOLDING, LLC ET AL.**
**SERVICE LIST**

| | | |
|---|---|---|
| Stephen G. Wolfe<br>Office of the United States Trustee<br>219 S. Dearborn Street<br>Room 873<br>Chicago, Illinois  60604<br>(312) 886-5785<br>(312) 886-5794 – Fax | LaSalle Bank NA<br>William J. Robertson<br>1301 East Ogden Avenue<br>Naperville, IL 60563<br>(630) 630-2012<br>(630) 983-2011 – Fax | LePetomane XVII, Inc., as Liquidating Trustee<br>c/o Jay A. Steinberg<br>55 E. Erie Street, Apt. 1902<br>Chicago, IL 60611 |
| Brian K. Gart<br>Greenberg Traurig LLP<br>401 East Las Olas Boulevard, Suite 2000<br>Fort Lauderdale, FL 33301<br>(954) 765-0500<br>(954) 765-1477 – Fax | David W. Baddley<br>Greenberg Traurig LLP<br>77 West Wacker Drive<br>Suite 2500<br>Chicago, IL 60601<br>(312) 456-5205<br>(312) 456-8435 – Fax | Jeffrey Rosen, M.D.<br>718 S. Adams<br>Hinsdale, IL  60521 |
| Barry A. Chatz<br>Arnstein & Lehr LLP<br>120 S. Riverside Plaza, Suite 1200<br>Chicago, IL 60606-3910<br>(312) 876-6670<br>(312) 876-0288 – Fax | US Bancorp<br>1450 Channel Parkway<br>Marshall, MN 56258 | Celtic Leasing Corp.<br>4 Park Plaza, Suite 300<br>Irvine, CA 92614 |
| Tracey L. Treger<br>Gardner Carton & Douglas LLP<br>191 N. Wacker Drive, Suite 3700<br>Chicago, 60606-1698<br>(312) 569-1210<br>(312) 569-3210 – Fax | Sara R. Bollerup<br>Mintz, Levin, Cohn, Ferris, Glovsky and Popco, P.C.<br>One Financial Center<br>Boston, MA 02111<br>(617) 542-6000<br>(617) 542-2241 – Fax | Neil Herskowitz<br>Riverside Contracting LLC<br>2109 Broadway, Suite 206<br>New York, NY 10023<br>(212) 501-0990<br>(212) 501-7088 – Fax |
| Michael S. Held<br>Jenkens & Gilchrist<br>A Professional Corporation<br>1445 Ross Avenue, Suite 3200<br>Dallas, TX 75202-2799<br>(214) 855-4500<br>(214) 855-4300 – Fax | David G. Aelvoet<br>Linebarger Goggan Blair & Sampson, LLP<br>711 N. Navarro, Suite 300<br>San Antonio, TX 78205<br>(210) 225-4422<br>(210) 225-6410 – Fax | Riverside Claims LLC<br>PO Box 626<br>Planetarium Station<br>New York, NY 10024 |
| Zachary Mosner<br>Assistant Attorney General<br>Bankruptcy & Collections Unit<br>900 Fourth Avenue, Suite 2000<br>Seattle, WA 98164-1012<br>(206) 389-2187<br>(206) 587-5150 – Fax | Philips Medical Capital, LLC<br>c/o Thomas V. Askounis<br>Askounis & Borst, P.C.<br>Two Prudential Plaza<br>180 North Stetson Avenue<br>Suite 3400<br>Chicago, IL 60601<br>(312) 861-7100<br>(312) 861-0022 – Fax | Middletown Regional Hospital<br>c/o Edward C. Richard<br>Chuhak & Tecson PC<br>30 S. Wacker Drive, Suite 2600<br>Chicago, IL 60606<br>(312) 849-4135<br>(312) 444-9027 - Fax |

CHIC_1264902.3