IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WEIGHT INTERVENTION AND | ) | Honorable Pamela S. Hollis |
| SURGICAL HEALTHCARE HOLDING, | ) | |
| LLC, <u>et al.</u>, | ) | Case No. 05 B 16002 |
| | ) | |
| Debtors.[1] | ) | (Substantively Consolidated) |
| | ) | |

## CERTIFICATE OF SERVICE

The undersigned, an attorney, states that on May 27, 2009, he served true and correct copies of the NOTICE OF MOTION FOR ENTRY OF FINAL DECREE CLOSING CASE, via U.S. Mail, first class, postage pre-paid, upon the individuals, as listed on the attached Service Lists.

Dated: June 4, 2009

LePetomane XVII, Inc., not individually but solely in its capacity as Liquidating Trustee of the WISH Liquidating Trust

By: /s/ Geoffrey S. Goodman
    One of their Attorneys

Edward J. Green (No. 6225069)
Geoffrey S. Goodman (No. 6272297)
Foley & Lardner LLP
321 North Clark Street, Suite 2800
Chicago, IL 60654
Telephone: (312) 832-4500
Facsimile: (312) 832-4700

---

[1] The Debtors are Weight Intervention and Surgical Healthcare Holding, LLC, Weight Intervention and Surgical Healthcare Center No. 3, LLC, Weight Intervention and Surgical Healthcare Center No. 4, LLC, Weight Intervention and Surgical Healthcare Center No. 5, LLC, WISH Center No. 6, LLC, WISH Center No. 7, PLLC, WISH Center No. 8, PLLC, WISH Center No. 9, LLC, WISH Center No. 10, PLLC, WISH Center No. 103, LLC, WISH Products, LLC, Midwest Trauma, LLC, Midwest Surgical Real Estate Holdings, LLC and Midwest Surgical, LLC.

## GOVERNMENT ENTITY SERVICE LIST

Patrick J. Fitzgerald, U.S. Attorney General
U.S. Department of Justice
219 South Dearborn Street, Suite 500
Chicago, IL 60604
312.353.5300

Lisa Murray Madigan
Illinois Attorney General
Office of the Attorney General
Chicago Main Office
100 West Randolph Street
Chicago, IL 60601
312.814.3000

Terry Goddard
Arizona Attorney General
Office of the Attorney General
Department of Law
1275 West Washington Street
Phoenix, AZ 85007
602.542.5025
602.542.4085- fax

Rob McKenna
Washington Attorney General
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
360.753.6200

Greg Abbott
Texas Attorney General
Office of the Attorney General
300 W. 15th Street
Austin, TX 78701
512.463.2100

Jim Petro
Ohio Attorney General
State Office Tower
30 E. Broad Street, 17th Floor
Columbus, OH 43215-3428
614.466.4320

Charlie Crist
Florida Attorney General
Office of Attorney General
The Capitol PL-01
Tallahassee, FL 32399-1050
850.414.3300

Mark Shurtleff
Utah Attorney General
Office of the Attorney General
Utah State Capitol Complex
East Office Bldg, Suite 320
SLC UT 84114-2320
801.366-0260, 801.538.9600, 801.366.0300

D. Patrick Mullarkey
Tax Division (DOJ)
PO Box 55
Ben Franklin Station
Washington, DC 20044
202.514.5238 – fax

Illinois Department of Revenue
Mail Stop 5010 CHI
230 S. Dearborn Street
Chicago, IL 60604

Associate Area Counsel, SB/SE
Internal Revenue Service
Suite 2300
200 West Adams Street
Chicago, IL 60606-5208

Illinois Department of Revenue
100 W. Randolph Street
Suite 7-500
Chicago, IL 60601

Washington State Department of Revenue
Cash Management Section
PO Box 47464
Olympia, WA 98504-7464

Texas Internal Revenue Service
825 East Rundberg Lane, Suite H-4
Austin, Texas 78753
800.829.1040

Ohio Department of Taxation
Rebecca Daum, Administrator
30 E. Broad Street, 23rd floor
Columbus, OH 43215
614.752.6864
614.995.0164 – fax

Arizona Department of Revenue
1600 W. Monroe
Phoenix, Arizona, 85007-2650

Utah State Tax Commission
210 North 1950 West
Salt Lake City, Utah 84134
801.297.2200
801.297.7699

Florida Department Of Revenue
1379 Blountstown Hwy.
Tallahassee, FL 32304-2716

Village Clerk
Village Of Downers Grove
801 Burlington Avenue
Downers Grove, IL 60515
630.434.5535
630.434.5571 - fax

Gary A. King
DuPage County Clerk
Jack T. Kneupfer Admin. Bldg.
421 N. County Farm Road
Wheaton, IL 60187
630.407.5500

Kathy Matz, City Clerk
City of Tempe Arizona
31 East 5th Street, 2nd Floor
Tempe, Arizona 85281
480.350.8241
480.858.2012 – fax

Maricopa County Clerk
201 West Jefferson Street
Phoenix, AZ 85003
602.506.3360

City of Renton
Office of the City Clerk
1055 South Grady Way
Renton, WA 98055
425.430.6501
425.430.6523 – fax

King County Clerk
King County Courthouse
516 Third Avenue
Seattle, WA 98104
206.296.0100

City of San Antonio
Office of the City Clerk
P.O. Box 839966
San Antonio, Texas 78283-3966
210.207.7257

County of Bexar
Gerry Rickhoff
Bexar County Clerk´s Office
100 Dolorosa
San Antonio, TX  78205
210.335.2216

2

City of Springboro
Office of the City Clerk
320 W. Central Ave.
Springboro, OH 45066
513.748.4343

County of Warren
Office of the County Clerk
406 Justice Dr.
Lebanon, OH 45036
513.695.1242

Shirley Foxx-Knowles, City Clerk
City of Tampa
Office of the City Clerk
315 East Kennedy Boulevard
Tampa, Florida 33602
813.274.8396
813.274.8306 - fax

County of Hillsborough
Office of the County Clerk
County Center
601 E. Kennedy Blvd.
Tampa, FL  33602
813.272.5750
813.272.5248 - fax

City of West Valley City
Office of the City Clerk
West Valley City Hall
3600 South Constitution Blvd.
West Valley City, Utah 84119
801.963.3220
801.966.8455 - fax

County of Salt Lake
Third District Court
450 South State
Salt Lake City, UT 84111

City of Mission
Office of the City Clerk
900 Doherty
Mission, TX 78572
956.580.8664
956.580.8669

County of Hidalgo
J.D. Salinas, County Clerk
Courthouse-100 N. Closner, 1st floor
Edinburg, TX 78539
956.318.2100
956.318.2105 - fax

3

**WEIGHT INTERVENTION AND SURGICAL HEALTHCARE HOLDING, LLC, ET. AL.**

**SERVICE LIST**

| | |
|---|---|
| A Better Answer<br>589 North Main St.<br>Mapleton, UT 84664 | Adam Crane<br>c/o Stuart Gimbel, Esq.<br>7250 N. Cicero Ave.<br>Lincolnwood, IL 60712 |
| A-AACT Locksmith<br>1620 Ogden Ave.<br>Lisle, IL 60532 | ADP<br>PO Box 78415<br>Phoenix, AZ 85065-8415 |
| AAS Bankruptcy Coordinator<br>100 E. Big Beaver<br>Troy, MI 48083 | ADT<br>Attn: Recurring Payment Dept.<br>14200 East Esposition Avenue<br>Aurora, CO 80012-2512 |
| Abbey's Answering Service<br>PO Box 62853<br>Phoenix, AZ 85082 | ADT<br>PO Box 37167<br>Pittsburgh, PA 15250-7967 |
| ABCO Laboratories, Inc.<br>2450 S. Watney Way<br>Fairfield, CA 94533 | Advance Magazine Group<br>PO Box 88965<br>Chicago, IL 60695-1965 |
| ACC Business<br>400 West Ave.<br>Rochester, NY 14611 | Advance Magazine Publishers, Inc.<br>1313 N. Market Street, 12th Floor<br>Wilmington, DE 19801 |
| ACC Business<br>PO Box 5149<br>Buffalo, NY 14270-5749 | Alan Matson MD<br>5145 N. California<br>Oswego, IL 60625 |
| Accent<br>PO Box 952366<br>St. Louis, MO 63195 | Alicia M. Morgan<br>2331 42nd Ave. SW #317<br>Seattle, WA 98116 |
| Accurint/Seisint<br>6601 Park of Commerce Blfd.<br>Boca Raton, FL 33487 | All-Pro Technologies, Inc.<br>140 Shepard Avenue, H<br>Wheeling, IL 60090 |
| ACME Television of Ohio, LLC<br>(WBDT)<br>2589 Corporate Place<br>Miamisburg, OH 45342 | Allegiance Telecom Company Worldwide<br>PO Box 650226<br>Dallas, TX 75266-0226 |

| | |
|---|---|
| ACP-ASIM Observer<br>190 N. Independence Mall West<br>Philadelphia, PA 19106-1572 | Allegiance Telecom<br>PO Box 650226<br>Dallas, TX 75265-0226 |
| Allergan<br>12975 Collections Center Dr.<br>Chicago, IL 60693 | American Int'l Group<br>Attn: Elma Torrez<br>8144 Walnut Hill<br>Suite 1300<br>Dallas, TX 75231 |
| Allied Interstate Inc.<br>PO Box 361594<br>Columbus, OH 43236-1594 | Amy Kelso<br>263 L. Street<br>Salt Lake City, UT 84103 |
| Anne Frederick<br>5220 168th SW #1<br>Lynnwood, WA 98037 | Amy Lees<br>1043 E. 8th Place<br>Mesa, AZ 85203 |
| Amer. Society for Bariatric Surgery<br>7328 W. University Avenue. Ste. F<br>Gainesville, FL 32607 | Anderson, Bennett & Partners<br>55 East Monroe<br>Suite 3650<br>Chicago, IL 60603 |
| American Chartered Bank<br>4685 Winfield Road<br>Warrenville, IL 60555 | Ann Gattas<br>374 Arrowhead<br>Helotes, TX 78023 |
| American College of Surgeons<br>Attn:  Advertising A/R Dept. 4W<br>190 N. Independence Mall West<br>Philadelphia, PA 19106-1572 | Ann Glynn<br>11150 S. Worth Dr.<br>Worth, IL 60482 |
| American Express Travel Related Svcs Co.<br>Inc. Corp. Card<br>c/o Becket and Lee, LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | Ann M. Glynn<br>11150 S. Worth Ave.<br>Worth, IL 60482 |
| American General Life Insurance Co.<br>PO Box 4373<br>Houston, TX 77210-4373 | Apple Valley Broadcasting<br>PO Box 10208<br>Yakima, WA 98909 |
| Arizona Freelance Interpreting Srvs.<br>6420 E. Calle de las Estrella<br>Cave Creek, AZ 85331-2733 | AZ-TEMPE ST. LUKE LIMITED<br>PARTNERSHIP<br>3801 PGA Blvd. #600<br>Palm Beach Gardens, FL 33410 |

CHIC_1310163.3

| | |
|---|---|
| Arizona Republic Customer Acctg.<br>PO Box 300<br>Phoenix, AZ 85001-0300 | Barbara Mactaggart<br>3S059 Sequoia Dr.<br>Glen Ellyn, IL 60137 |
| Arlene Tuck<br>108 E. Belleview Avenue<br>Lake Placid, 33852 | Barnes & Thornburg<br>Suite 4400<br>One North Wacker Dr.<br>Chicago, IL 60606-2809 |
| Asset Acceptance LLC<br>Assignee Montgomery Wards<br>PO Box 2036<br>Warren, MI 48090 | Bemmco Architectural Products<br>1909 Ogden Avenue<br>Lisle, IL 60532 |
| Associated Surveying Group<br>PO Box 810<br>Bolingbrook, IL 60440 | Ben Hornik<br>2208 W. Cortez St.<br>Chicago, IL 60622 |
| AT&T TelConference Services<br>PO Box 2840<br>Omaha, NE 68103-2840 | Bennett Reyes<br>7702 11th Avenue NW<br>Seattle, WA 98117 |
| Athena Diagnostics Inc.<br>PO Box 849099<br>Boston, MA 02284-9099 | Betsy Hart<br>1034 Pleasant St.<br>Oak Park, IL 60302 |
| Athena Diagnostics, Inc. c/o<br>William M. Hill/Mintz Levin Cohen<br>One Financial Center<br>Boston, MA 02111 | Bexar County<br>David G. Aelvoet/Linebarger, Goggan, Blair<br>& Sampson, LLP<br>711 Navarro, Suite 300<br>San Antonio, TX 78205 |
| Attorney General State of Illinois<br>c/o Susan Daniel, Esq.<br>100 W. Randolph St.<br>Chicago, IL 60601 | BlueCross BlueShield<br>PO Box 1364<br>Chicago, IL 60690-9937 |
| Aurora Sign Company<br>1100 Rte. 34<br>Aurora, IL 60505 | Brandon Meyer<br>720 Westwind Dr.<br>Bolingbrook, IL 60440 |
| Brandy Stibbs<br>7220 Shaker Road<br>Franklin, OH 45005 | Caligor Great Lakes<br>Dept. CH 14125<br>Palatine, IL 60055-4125 |

3

| | |
|---|---|
| Brenda Mendoza<br>1644 Willow Top Dr.<br>Schertz, TX 78154 | Cam's Commercial Cleaning<br>60 Martin Ln<br>Springboro, OH 45066 |
| Brenda Patrick<br>1001 Chesterfield Circle<br>Winter Springs, FL 32708 | Candace Lewis-Perkins<br>2254 S. Gaucho<br>Mesa, AZ 89202 |
| Jay Bridgewater<br>Bridgewater Enterprises Ltd.<br>DBA: Bridgewater Custom Sound<br>7383 Stagecoach Trail Road<br>Manhattan, MT 59741-8349 | Careerbuilder<br>13047 Collection Center Drive<br>Chicago, IL 60693-0130 |
| Byron Medical<br>602 West Rillito St.<br>Tucson, AZ 85705 | Care-Takers<br>4635 S. 33rd Street<br>Phoenix, AZ 85040 |
| Bright House Networks<br>700 Carillon Pkwy Ste 3<br>Saint Petersburg, FL 33716-1123 | Carie Landa<br>2784 Village Green #C2<br>Aurora, IL 60504 |
| BWC State Insurance Fund<br>Corporate Processing Dept.<br>Columbus, OH 43271-0821 | Carmen Kosicek<br>26457 S. Lyndsay Dr<br>Channanhon, IL 60410 |
| Bynn Garcia<br>7394 W. Candis Pl.<br>Magna, UT 84044 | Carol Tiscareno<br>235 N. Mill Rd. 301B<br>Addison, IL 60101 |
| Chicago Metro. Fire Prevention Co.<br>820 N. Addison Ave.<br>Elmhurst, IL 60126 | CBS5<br>PO Box 53061<br>Phoenix, AZ 85072 |
| c/o Wm. Blair & Co.<br>Attn: Sandy Prusko<br>222 W. Adams Street<br>Chicago, IL 60606 | Cellular Advantage<br>6621 W. Ogden Ave.<br>Berwyn, IL 60402 |
| Cal First<br>18201 Von Karman Avenue<br>#800<br>Irvine, CA 92612 | CIT Technology Fin. Serv.<br>21146 Network Place<br>Chicago, IL 60673-1211 |

4

| | |
|---|---|
| Chair Dancing International, Inc.<br>2658 Del Mar Heights Road #183<br>Del Mar, CA 92014 | CIT Technology Financing Services Inc.<br>Bankruptcy Processing Solutions Inc.<br>800 E. Sonterra Blvd., Suite 240<br>San Antonio, TX 78258 |
| Channel 3 of Corpus Christi<br>PO Box 6669<br>Corpus Christi, TX 78466 | CitiCapital<br>PO Box 8500-9805<br>Philadelphia, PA 19178-9805 |
| Chicagoland Television News<br>2000 York Road, Suite 114<br>Oak Brook, IL 60523 | Citrix Systems, Inc.<br>c/o Subscription Advantage<br>P.O. Box 5023<br>Ft. Lauderdale, FL 33310 |
| Chicagoland Television News<br>Dept. 93094<br>Chicago, IL 60673-73 | City of Renton<br>Licensing Division<br>1055 S. Grady Way<br>Renton, WA 98055 |
| Chris Salvino, MD<br>2801 Finley Rd.<br>Downers Grove, IL 60515 | City of Renton<br>Licensing Division<br>1055 S. Grady Way<br>Renton, WA 98055 |
| Christiana Van Soest<br>15297 N. 93rd Way<br>Scottsdale, AZ 85260 | Claudio Gabriel Alperovich<br>1418 Willard Ave. W.<br>Seattle, WA 98119 |
| Christine McGilvrey<br>2711 Initial Place<br>Enumclaw, WA 98022 | Clear Channel Broadcasting<br>3885 Collections Center Dr.<br>Chicago, IL 60693 |
| Christine Southworth<br>820 W. Rivertrail Ter #511<br>Salt Lake City, UT 84123 | Clear Channel Broadcasting<br>PO Box 406295<br>Atlanta, GA 30384-6295 |
| Christopher K. Salvino<br>401 E. Ontario, #4406<br>Chicago, IL 60601 | Clear Channel Broadcasting<br>PO Box 847327<br>Dallas, TX 75284 |
| Cinergy<br>PO Box 740124<br>Cincinnati, OH 45274-0124 | Company Corporation<br>PO Box 13397<br>Philadelphia, PA 19101-3397 |

5

| | |
|---|---|
| Cinergy/CG&E<br>PO Box 960 EF367<br>Cincinnati, OH 45274-0124 | Compunet Clinical Labs<br>PO Box 714132<br>Cincinnati, OH 45271-4132 |
| CLIA Laboratory Program<br>PO Box 105422<br>Atlanta, GA 30348-5422 | Concept One Media<br>2723 Curtiss St.<br>Downers Grove, IL 60515 |
| Matthew T. Macleid Atty<br>2430 Central Pkwy Ste 1<br>Cincinnati, OH 45214-3819 | Cone Instruments<br>PO Box 93825<br>Cleveland, OH 44101-5825 |
| Clear Channel Group<br>c/o Abrams & Abrams, PC<br>75 E. Wacker Dr., Suite 320<br>Chicago, IL 60601 | Cone Instruments, Inc.<br>5201 Naiman Pkwy<br>Solon, OH 44139 |
| Coding Institute<br>PO Box 413006<br>Naples, FL 34101-3006 | Conjalka<br>101 W. 900 N<br>La Porte, IN 46350-8747 |
| Comcast Advertising Sales<br>1165 E. Wilmington Ave.<br>3rd Flr.<br>Salt Lake City, UT 84106 | Contrarian Funds, LLC<br>411 West Putnam Avenue<br>Suite 225<br>Greenwich, CT 06830 |
| Comcast Spotlight<br>Attn: Mark Gardiner<br>8745 W. Higgins Road, Suite 400<br>Chicago, Illinois 60631 | Cox Media<br>4909 N. McColl Rd.<br>McAllen, TX 78504 |
| Comcast Spotlight<br>c/o Debbie Dahl<br>1165 E. Wilmington Ave.<br>Salt Lake City, UT 84106 | Cox Ohio Publishing<br>PO Box 643080<br>Cincinnati, OH 45264-3080 |
| ComEd<br>Bankruptcy Section/Rev. Management<br>2100 Swift Drive<br>Oakbrook, IL 60523 | Crystal Springs Water Co.<br>PO Box 515326<br>Los Angeles, CA 90051 |
| Culligan Bottled Water<br>PO Box 65748<br>Salt Lake City, UT 84165-0748 | CSC<br>PO Box 13397<br>Philadelphia, PA 19101-3397 |

6

| | |
|---|---|
| Culligan Bottled Water<br>PO Box 65748<br>Salt Lake City, UT 84165-0748 | David Agency<br>Medical Library Consultants<br>385 N. York Road<br>Elmhurst, IL 60126-2343 |
| Denise Martin<br>11653 Glendale Way S<br>Seattle, WA 98168 | David Burrows<br>5191 N. Kolb Rd.<br>Tucson, AZ 85750 |
| Cynthia Lavezzo<br>3216 Sweet Bay Terrace<br>Sarasota, FL 34237 | David Burrows<br>5191 North Kolb Road<br>Tucson, AZ 85750 |
| Cynthia Rios<br>6739 W. Alegria Drive<br>Tucson, AZ 85743 | Dayton Newspapers<br>45 S. Ludlow St.<br>Dayton, OH 45402 |
| Cynthia Wilmot<br>5927 Angus Valley Drive<br>Wesley Chapel, FL 33544 | Dean Health Plan<br>PO Box 56099<br>Madison, WI 53705 |
| D. Borders<br>120 Foxfire Lane<br>Sequim, WA 98382 | Debbie Ledesma<br>1109 Cottage Cove<br>Elgin, IL 60123 |
| Daily Herald<br>PO Box 6000<br>Carol Stream, IL 60197-6000 | Deborah Puthoff<br>2435 West Pekin Rd.<br>Springboro, OH 45066 |
| Darlene Barrett<br>111 McClay Village Drive<br>St. Peters, MO 63376 | Debra Reid<br>595 N. 780 East<br>Tooele, UT 84074 |
| Darlene E T Thompson<br>PO Box 791<br>Kent, WA 98035 | Debt-Free<br>PO Box 22054<br>Tempe, AZ 85285 |
| IDILUS<br>2100 Manchester Rd. #615<br>Wheaton, IL 60187 | Design Veronique<br>999 Marina Way South<br>Richmond, CA 94804 |
| Design Veronique<br>999 Marina Way South<br>Richmond, CA 94804 | Downers Grove Sanitary Dist.<br>2710 Curtiss St.<br>PO Box 1412<br>Downers Grove, IL 60515-0703 |

7

| | |
|---|---|
| Global Computer Solutions<br>655 W. Grand Ave. #140<br>Elmhurst, IL 60126 | Dr. Gary Halversen<br>1151 East 3900<br>South B150<br>Salt Lake City, UT 84124 |
| Diana Bundy<br>1805 E. 740 South Circle<br>St. George, UT 84790 | DuPage Prestige<br>PO Box 63<br>Addison, IL 60101 |
| Diego Torres<br>239 E. Mayfield<br>San Antonio, TX 78214 | E. Allen<br>14000 Lightroad #204<br>60543 |
| Digital Generation Systems<br>PO Box 671242<br>Dallas, Tx 75267-1242 | Easton Telecom Services<br>PO Box 2806<br>Buffalo, NY 14240-2806 |
| Digital Generation Systems<br>PO Box 671242<br>Dallas, TX 75267-1242 | Easton Telecom Services<br>PO Box 550<br>Richfield, OH 44286 |
| Discount Uniform Company<br>13 So. 2nd Street<br>St. Charles, IL 60174 | Eddie Lynn Funk<br>Clear Channel Broadcasting<br>2175 West 1700 South<br>Salt Lake City, UT 84104 |
| DMS<br>PO Box 726<br>Oswego, IL 60543 | Enviro Mechanical<br>1020 W. Fullerton Ave., Ste. D<br>Addison, IL 60101-4335 |
| Dogain Instruments<br>1765 Scott Blvd. #105<br>Santa Clara, CA 95050-4138 | Edlena Lee<br>1318 S. Komensky Ave.<br>Chicago, IL 60623 |
| Donna Ruch<br>26W310 Burdette Ave.<br>Carol Stream, IL 60188 | Edwards Medical Supply<br>Dept. 77-3432<br>Chicago, IL 60678-3432 |
| Donna Swope<br>557 Lowestoft Lane<br>Elk Grove Village, IL 60007 | FedEx<br>PO Box 94515<br>Palatine, IL 60094-4515 |
| El Norte Newspaper<br>PO Box 5631<br>Attn: Ana Gomez<br>McAllen, TX 78502 | Fine Arts Engraving<br>135 S. LaSalle Street<br>Dept. 1831<br>Chicago, IL 60674-1831 |

8

| | |
|---|---|
| Elena Cortez<br>8535 S. Melvina Avenue<br>Burbank, IL 0459 | Fisher Communications<br>c/o Robert S. Friedman, Esq.<br>3150 Richards Rd., Suite 102<br>Bellevue, WA 98005 |
| Elite Communications Answering Serv.<br>PO Box 2397<br>Valrico, FL 33595-2397 | Flex Partners<br>535 Encinatas Blvd., Suite 109<br>Encinita, CA 92024 |
| Elizabeth Abraham<br>875 E. Germann Rd.<br>Queen Creek, AZ 85242 | Gammon Group<br>116 N. Chicago St.<br>Suite 300<br>Joliet, IL 60432 |
| Elizabeth M. Heyden<br>2320 Mecan<br>Naperville, IL 60564 | Gem Communications<br>5857 Randolph Blvd.<br>San Antonio, TX 78233 |
| Elsevier Science<br>Journal of the ACS<br>360 Park Avenue South<br>New York, NY 10010-1710 | Gentry McGuire<br>4210 Bird Dog Ct.<br>Huber Hts, OH 45424 |
| Equifax Information SVCS LLC<br>PO Box 105835<br>Atlanta, GA 30348-5835 | Grabel Companies, Inc.<br>Attn:  Linda Douglas<br>16346 East Airport Circle<br>Aurora, CO 80011 |
| Eugenia Wilczewski<br>736 S. Cornell<br>Villa Park, IL 60181 | IFPC Worldwide<br>5440 N. Cumberland<br>Suite 105<br>Chicago, IL 60656 |
| FD-COMMUNICATIONS, INC.<br>3100 Bayview Ave., Unit 4<br>Toronto, ON M2N 5L3 | Illinois Department of Employment Security<br>33 S. State St., 10th Floor<br>Chicago, IL 60603 |
| Diane Fischer<br>12354 324th Ave.<br>Eureka, SD 57437-7404 | Illinois Dept. of Revenue Bankruptcy Unit<br>100 W. Randolph #7-400<br>Chicago, IL 60601 |
| Graebel Companies<br>PO Box 71950<br>Chicago, IL 60694-1950 | Illinois Secretary of State<br>501 S. Second Street<br>Springfield, IL 62756 |

9

| | |
|---|---|
| Greenline Data<br>880 Hampshire Road<br>Suite D<br>Westlake Village, CA 91361 | Imperial Premium Finance<br>PO Box 73095<br>Chicago, IL 60673 |
| Gregory Pulawski<br>c/o John G. Kerkorian, Esq.<br>2575 E. Camelback Rd.<br>Phoenix, AZ 85016 | Inamed<br>c/o Andrea Nelson<br>5540 Ekwill St.<br>Santa Barbara, CA 93111 |
| Ground Pros Inc.<br>PO Box 28<br>Elmhurst, IL 60126 | Indoff Inc.<br>PO Box 790120<br>St. Louis, MO 63179-0120 |
| Hafkey Business Solutions<br>672 Irving Park, Suite 125<br>Roselle, IL 60172 | Infinity Broadcasting<br>PO Box 100247<br>Pasadena, CA 91189-0247 |
| Harpeth Capital LLC<br>Dover Centre<br>113 Seaboard Lane Suite B-200<br>Franklin, TC 37067-8282 | Ingenix Inc.<br>PO Box 27116<br>Salt Lake City, UT 84127-0116 |
| Hassett Storage Warehouses Inc.<br>877 S. Route 83<br>Elmhurst, IL 60126 | Island Commercial Engravers<br>978 Taine Pl.<br>Victoria, BC V 8X 4A4<br>Canada |
| Holsinger, Andrea<br>703 N. Livingston St.<br>Sylvester, GA 31791-1631 | Italic Technologies, Inc.<br>942 Whittington Drive<br>Geneva, IL 60134 |
| Home Depot<br>PO Box 6031<br>The Lakes, NV 88901 | Jennifer E. Burns<br>72 North Glen Oak Drive<br>Springboro, Ohio 45066 |
| HUMANA<br>PO Box 932698<br>Atlanta, GA 31193-2698 | Jennifer Lemoine<br>3901 N. Chadham Ln. #2D<br>Muncie, IN 47304 |
| James F. Moynihan<br>1204 Sharon Lane<br>Schaumburg, IL 60193 | Joanne K. Jacob<br>10257 Oasis Palm Drive<br>Tampa, FL 33615 |

10

| | |
|---|---|
| James Schoon<br>5343 W. 83rd Pl.<br>Crown Point, IN 46307 | Joceil V. Whitaker<br>312 Abigail Road<br>Plant City, FL  33563 |
| Janine Valencia<br>613 Krause Avenue<br>Streamwood, IL 60107 | Jodie Mitchell<br>2478 W. 1500 S<br>Syracuse, UT 84075 |
| JCORP Staffing<br>14220 Northbrook Dr.<br>Suite 700<br>San Antonia, TX 78232 | Jody A. Thompson<br>13013 Skyline Dr.<br>Plainfield, IL 60544 |
| Jeff Miller<br>Chicago Sun-Times, Inc.<br>6901 West 159th Street<br>Tinley Park, IL 60477 | John Debarros<br>7523 S. 14th Street<br>Phoenix, AZ 85042 |
| Jeffrey Rosen<br>718 South Adams<br>Hinsdale, IL 60521 | John Dietrick MD<br>1904 W. Morrison Ave.<br>Tampa, FL 33606 |
| Jeffrey Strain<br>2900 First Ave., N #510<br>Seattle, WA 98121 | Johnie Baloue, Jr.<br>3043 W. Walnut St.<br>Chicago, IL 60612 |
| Jennene Hurley<br>17104 SE 145th St.<br>Renton, WA 98059 | Jorge Ricncon<br>71 Three Lakes Drive<br>San Antonio, TX 78248 |
| Joseph Bonavota<br>1911 Pebble Beach Dr.<br>Plainfield, IL 60544 | Katherine Pulido<br>828 Vine St., P O Box 1671<br>White Salmon, WA 98672 |
| KABB-TV<br>c/o First Union<br>PO Box 951587<br>Dallas, TX 75395-1587 | Katherine Workman<br>1517 Yeomans Path<br>Lakeland, FL 33809 |
| KaoXu Chang<br>138 6th Ave. SW<br>Pacific, WA 98047 | KBEE FM<br>434 Bearcat Dr.<br>Salt Lake City, UT 84115 |

11

| | |
|---|---|
| KAPP Television<br>c/o Szabo Associates, Inc.<br>3355 Lenox Road, 9th Floor<br>Atlanta, Georgia 30326 | KBEE-FM<br>c/o Szabo Associates, Inc.<br>3355 Lenox Road, 9th Floor<br>Atlanta, GA 30326 |
| Katherine A. Fritz<br>1510 W. Ariana St. Lot 383<br>Lakeland, FL 33803 | KBEJ TV<br>Dept. 0689<br>PO Box 120689<br>Dallas, TX 75312-0689 |
| Kari Kren<br>2237 N. Oakley Unit G<br>Chicago, IL 60647 | KBEJ-TV<br>5400 Fredericksburg Rd.<br>San Antonio, TX 78229 |
| KASW<br>Dept. LA 21480<br>Pasadena, CA 91185-1480 | KCPQ-TV<br>1813 Westlake Avenue North<br>Seattle, WA 98109 |
| KASW-TV<br>c/o Thomas N. Swift, Esq.<br>2345 S. Alma School Rd., #104<br>Mesa, AZ 85210 | KCYU<br>S 4600 Regal St.<br>Spokane, WA 99223 |
| KASW-TV<br>Michael S. Held/Jenkens & Gilchrist<br>1445 Ross Avenue, Suite 3700<br>Dallas, TX 75202 | KCYU/KFFX-Television<br>c/o Szabo Associates, Inc.<br>3355 Lenox Road, 9th Floor<br>Atlanta, Georgia 30326 |
| KENS-TV<br>5400 Fredericksburg Rd.<br>San Antonio, TX 78229 | Kim McBride<br>8685 SW Wilson St.<br>Wilsonville, OR 97070 |
| KENS-TV<br>Dept. 0689<br>PO Box 120689<br>Dallas, TX 75312-0689 | KIMA<br>PO Box 702<br>Yakima, WA 98907 |
| KEYE-TV<br>PO Box 905087<br>Charlotte, NC 28290-5087 | KING County Treasury<br>500 4th Avenue #600<br>Seattle, WA 98104-2340 |
| KGBT – Television<br>c/o Szabo Associates, Inc.<br>3355 Lenox Road, 9th Floor<br>Atlanta, Georgia 30326 | King County<br>State of Washington<br>Room 600, 500 Fourth Ave.<br>Seattle, WA 98104-2387 |

CHIC_1310163.3

| | |
|---|---|
| KGBT-TV<br>PO Box 849793<br>Dallas, TX 75284-9793 | King-TV<br>Dept. 890933<br>PO Box 120933<br>Dallas, TX 75312-0933 |
| KGNS<br>120 West Del Mar Blvd.<br>Laredo, TX 78044 | KING-TV<br>Michael S. Held/Jenkens & Gilchrist<br>1445 Ross Avenue, Suite 3700<br>Dallas, TX 75202 |
| KHTY-FM<br>PO Box 847327<br>Dallas, TX 75284-7327 | Kira Schofield<br>8552 Sycamore Trails Dr<br>Springboro, OH 45066 |
| Kieran Ann, MD<br>5021 S. Dorchester<br>Chicago, IL 60615 | KIRO<br>Dept. 4171<br>PO Box 34936<br>Seattle, WA 98124 |
| KIII Television<br>c/o Szabo Associates, Inc.<br>3355 Lenox Road, 9th Floor<br>Atlanta, Georgia 30326 | KJZZ TV<br>5181 Amelia Earhart Dr.<br>Salt Lake City, UT 84116 |
| KKFR-FM<br>PO Box 29859<br>Phoenix, AZ 85038-9859 | KJZZ-Television<br>c/o Szabo Associates, Inc.<br>3355 Lenox Road, 9th floor<br>Atlanta, Georgia 30326 |
| KKLT-FM<br>PO Box 53530<br>Phoenix, AZ 85072 | Kim McBride<br>8685 SW Wilson St.<br>Wilsonville, OR 97070 |
| KLSY-FM<br>3650-131st Ave. SC, #550<br>Bellevue, WA 98006 | KNUTTE & ASSOC.<br>7900 S. Cass Ave., #210<br>Darien, IL 60561 |
| KLSY-FM<br>PO Box 34960<br>Seattle, WA 98124 | KOMO TV<br>Dept. 01022<br>Box 34936<br>Seattle, WA 98124-1936 |

13

| | |
|---|---|
| KMPS FM<br>PO Box 100247<br>Pasadena, CA 91189-0247 | KNVA-TV/KXAN-TV<br>Communications Credit & Recovery Corp.<br>1025 Old Country Rd., Suite 403S<br>Westbury, NY 11590 |
| KMSB-TV<br>Dept. LA 21512<br>Pasadena, CA 91185-1512 | KNVO<br>801 N. Jackson<br>McAllen, TX 78501 |
| KMSB-TV<br>Michael S. Held/Jenkens & Gilchrist<br>1445 Ross Avenue, Suite 3700<br>Dallas, TX 75202 | Kogan Group Inc.<br>1020 Greenleaf Avenue<br>Wilmette, IL 60091 |
| KMSB-TV, Inc.<br>c/o Thomas N. Swift, Esq.<br>2345 S. Alma School Rd., #104<br>Mesa, AZ 85210 | Kogan Group, Inc.<br>Attn:  Norberto R. Kogan<br>1020 Greenleaf Avenue<br>Wilmette, IL 60091 |
| KNDO Television<br>c/o Szabo Associates, Inc.<br>3355 Lenox Road, 9th Floor<br>Atlanta, Georgia 30326 | KRIS TV<br>PO Box 840<br>Corpus Christi, TX 78403 |
| KNDO<br>PO Box 798<br>Spokane, WA 99210 | Kristi Breseman<br>17959 Gottschalk Ave.<br>Homewood, IL 60430 |
| KOLD – Television<br>c/o Szabo Associates, Inc.<br>3355 Lenox Road, 9th Floor<br>Atlanta, Georgia 30326 | Kristy Wood<br>3283 W. 6610 S<br>West Jordan, UT 84084 |
| KSOP Inc.<br>PO Box 25548<br>Salt Lake City, UT 84125 | KRRT-WB<br>c/o First Union<br>PO Box 951588<br>Dallas, TX 75395-1588 |
| KPHO Television<br>c/o Szabo Associates, Inc.<br>3355 Lenox Road, 9th Floor<br>Atlanta, Georgia 30326 | KRWM-FM Warm 106.9 FM<br>PO Box 34960<br>Seattle, WA 98124-1960 |
| KPNX-TV<br>1101 N. Central Ave.<br>Phoenix, AZ 85004 | KSAT 12 TV<br>1408 N. St. Mary's Street<br>San Antonio, TX 78215 |

14

| | |
|---|---|
| KPNZ Television<br>150 N. Wright Brothers Dr.<br>Suite 520<br>Salt Lake City, UT 84116 | KSAT TV<br>PO Box 1545<br>San Antonio, TX 78296 |
| KQXT<br>PO Box 847327<br>Dallas, TX 75284-7327 | KSAZ-TV<br>5709 Collection Center Drive<br>Chicago, IL 60693 |
| KQXX-FM/KNTR-FM<br>c/o Szabo Associates, Inc.<br>3355 Lenox Road, 9th Floor<br>Atlanta, Georgia 30326 | KSL Television<br>c/o Szabo Associates, Inc.<br>3355 Lenox Road, 9th Floor<br>Atlanta, Georgia 30326 |
| Kraft Paper Sales<br>P O Box 2209<br>Harvey, IL 60426 | KSL-TV<br>Accounting 2nd Fl.<br>PO Box 1160<br>Salt Lake City, UT 84110 |
| KRGV Television<br>c/o Szabo Associates, Inc.<br>3355 Lenox Road, 9th Floor<br>Atlanta, Georgia 30326 | KTVK, Inc.<br>c/o Thomas N. Swift, Esq.<br>2345 S. Alma School Rd.<br>Mesa, AZ 85210 |
| KRGV<br>PO Box 5<br>Weslaco, TX 78596 | KTVK, Inc.<br>Michael S. Held/Jenkens & Gilchrist<br>1445 Ross Avenue, Suite 3700<br>Dallas, TX 75202 |
| KSTU – Television<br>c/o Szabo Associates, Inc.<br>3355 Lenox Road, 9th Floor<br>Atlanta, Georgia 30326 | KTVX Television<br>Lockbox 4653<br>Collections Center Drive<br>Chicago, IL 60693 |
| KSTU (Fox Television Stations)<br>4538 Collection Center Drive<br>Chicago, IL 60693 | KTWB<br>1813 Westlake Ave. N<br>Seattle, WA 98109 |
| KSTW-TV<br>PO Box 100308<br>Pasadena, CA 91189-0308 | Kumuda R. Pradhan<br>4065 Carpenter Ave.<br>Apt. #4F<br>Bronx, NY 10466 |
| KTBC-TV<br>PO Box 844832<br>Dallas, TX 75284-4832 | KUTP<br>4466 Collection Center Drive<br>Chicago, IL 60693 |

15

| | |
|---|---|
| KTLM-TV<br>3900 N. 10th St.<br>7th Floor<br>McAllen, TX 78501 | KUTV-TV<br>PO Box 730667<br>Dallas, TX 75373-0667 |
| KTOV<br>600 Leopard St. Suite 1924<br>Corpus Christi, TX 78473 | KUWB<br>PO Box 57922<br>Salt Lake City, UT 84157 |
| KTTU-TV<br>Michael S. Held/Jenkens & Gilchrist<br>1445 Ross Avenue, Suite 3700<br>Dallas, TX 75202 | Lael McArthur<br>17329 52nd Ave. West<br>Lynwood, WA 98037 |
| KTTU-TV, Inc.<br>c/o Thomas N. Swift, Esq.<br>2345 S. Alma School Rd., #104<br>Mesa, AZ 85210 | Laredo Morning Times<br>111 Esperanza Dr.<br>Laredo, TX 78041 |
| KVEO Television<br>c/o Szabo Associates, Inc.<br>3355 lenox road, 9th Floor<br>Atlanta, Georgia 30326 | Larry A. Brouillette Jr.<br>3560 W. Tina Lane<br>Glendale, AZ 85310 |
| KVEO<br>PO box 4314<br>Brownsville, TX 78523 | Larry Brouilette<br>3560 W. Tina Lane<br>Glendale, AZ 85310 |
| KVTV<br>2600 Shea<br>Laredo, TX 78040-2345 | LaSalle Bank, NA<br>135 S. LaSalle Street<br>Chicago, IL 60603 |
| KVUE Television<br>c/o Szabo Associates, Inc.<br>3355 Lenox Road, 9th Floor<br>Atlanta, Georgia 30326 | Latonia Lee<br>540 Morris<br>Bellwood, IL 60104 |
| KVUE<br>Dept. 891039<br>PO Box 121039<br>Dallas, TX 75312-1039 | Laua Merkin<br>160 Kenoekai Rd., Unit 7-204<br>Kihei, HI 96753 |
| KWEX-Television<br>c/o Szabo Associates, Inc.<br>3355 Lenox road, 9th Floor<br>Atlanta, GA 30326 | Laura Ganster<br>24 W. Fullerton Ave.<br>Glendale Heights, IL 60139 |

16

| | |
|---|---|
| KWJZ-FM<br>3650-131 St. Ave. SE, #550<br>Bellevue, WA 98006 | Laura Vorhees<br>2301 SE 3rd St.<br>Renton, WA 98056 |
| KWJZ-FM<br>PO Box 34960<br>Seattle, WA 98124-1960 | Ledgestone Professional Park<br>c/o 3176 Kettering Blvd.<br>Dayton, OH 45439 |
| Local 12<br>5851 Collections Center Dr.<br>Chicago, IL 60693 | Lisa Steirer<br>26905 N. 161 Street<br>Scottsdale, AZ 85262-7735 |
| KZTV Channel 10<br>301 Artesian St<br>Corpus Christi, TX 78401-2701 | Lisa Steirer<br>26905 N. 161 Street<br>Scottsdale, AZ 85262-7735 |
| Lewis W. Zimpelmann<br>19411 Bryant Ct.<br>Mokena, IL 60448 | Lucila Villarreal<br>2518 Hollow Village<br>San Antonio, TX 78231 |
| Melra Wickland<br>7016 Mary Avenue NW<br>Seattle, WA  98117 | Lynell Ulam<br>407 Valley Ave. NE #R-201<br>Puyallup, WA 98372 |
| Linda Gourley<br>4801 W. Phelps Rd.<br>Glendale, AZ 85306 | Macke Water Systems<br>PO Box 545<br>Wheeling, IL 60090-0545 |
| Linda Hang<br>10324 Des Moines Mem<br>Seattle, WA 98168 | Manifest Funding Services<br>PO Box 790448<br>St. Louis, MO 63179-0448 |
| Linda Hang<br>c/o WIOSH Center No. 5<br>3915 Talbot Road S #104<br>Renton, WA 98055 | Margaret Coughlin<br>7850 Oak Hills Ct. CT1<br>Palos Heights, IL 60463 |
| Linda Reeb<br>648 Montrose Drive<br>Romeoville, IL 60466 | Marion Thomason<br>c/o Mark T. Tishhauser, Esq.<br>3134 North Blvd.<br>Tampa, FL 33607 |
| Linda Sotelo<br>1625 Sunflower Ct.<br>Romeoville, IL 60446 | Mary Cox<br>301 W. Chicago St.<br>Eaton, OH  45320 |

17

| | |
|---|---|
| Lippincott Williams & Wilkins<br>Classified<br>351 W. Camden Street<br>Baltimore, MD 21201-2436 | Mary Jane Griffin<br>3821 W. 123rd Street Unit 101<br>Alsip, IL 60803 |
| Lisa M. Wolfe<br>23701 99th Drive NE<br>Arlington, WA  98223-9507 | Melva Wicklund<br>7016 Mary Ave. NW<br>Seattle, WA 98117 |
| Lisa Sobczak<br>1905 Grove Drive, Apt. 450<br>Mt. Prospect, IL 60056 | Merrill Fine Arts Engraving, Inc.<br>c/o Emily Hart – Credit<br>One Merrill Circle<br>St. Paul, MN 55108 |
| Mary Strony<br>3540 Sailfish Avenue<br>Fruitland Park, IL 34731 | Message Center<br>505 Riverside Drive<br>Dayton, OH 45405 |
| Maureen Schefke<br>8206 Mason Hill Road<br>Woodstock, IL 60098 | Metro Mechanical<br>407 South 17th Ave.<br>Phoenix, AZ 85007-3330 |
| Nu-Fone<br>715 Lake Street<br>Oak Park, IL 60301 | Metrocall<br>PO Box 740521<br>Atlanta, GA 30374-0521 |
| McCloud<br>2500 W. Higgins Rd.<br>Hoffman Estates, IL 60195 | Miami Valley Interpreters<br>1 Elizabeth Pl. SW 10<br>Dayton, OH 45408 |
| McMahan Publishing Group<br>545 West 45th Street<br>New York, NY 10036 | Micaela Ahern<br>37 103rd Avenue NE #103<br>Bellevue, WA 98004 |
| Meandaur Internet<br>1011 E. Touhy<br>Suite 160<br>Des Plaines, IL 60018 | Michael Murphy<br>4741 E. Thunderhill<br>Phoenix, AZ 85044 |
| Media General Florida Publishing Group<br>PO Box 85000<br>Richmond, VA 23285-5000 | Middletown Anesthesia Consultants<br>3180 Kettering Blvd.<br>Dayton, OH 45439 |
| Medical Center Southwest Ltd.<br>PO Box 781801<br>San Antonio, TX 78278 | Midwest Center Anesthesia<br>3811 Highland Ave.<br>Downers Grove, IL 60515 |

18

| | |
|---|---|
| Medical Staffing Network<br>1251 Paysphere Circle<br>Chicago, IL 60674 | National Broadcasting Co.<br>30 Rockefeller Plaza<br>Rm. 5130E<br>New York, NY 10112 |
| Medical Staffing Network, Inc.<br>901 Yamato Road, Suite 110<br>Boca Raton, FL 33319 | National Subscription Bureau<br>PO Box 413006<br>Naples, FL 34101-2509 |
| Melissa King<br>333 NW 15th<br>Newpoer, OR 97365 | NBC Universal CFS<br>Bank of America<br>NBC Universal Lock Box #402971<br>Atlanta, GA 30384-2971 |
| Midwest Center for Day Surgery<br>3811 Highland Ave.<br>Downers Grove, IL 60515 | NEI Health Benefit Plan<br>19 Campus Blvd.<br>Suite 200<br>Newtown Square, PA 19073-3228 |
| Midwest Suburban Publishing<br>PO Box 757<br>Tinley Park, IL 60477-0757 | Nextel Communications<br>PO Box 4191<br>Carol Stream, IL 60197 |
| Midwest Surgical Supply, LLC<br>632 N. Racine Ave.<br>Chicago, IL 60622-5891 | Nielson Media Research<br>150 N. Martingale Rd.<br>Schaumburg, IL 60173 |
| Midwest Surgical<br>1263 Rickert Drive<br>Naperville, IL 60540 | Noma Phillips<br>108 19th Ave. SE #22<br>Puyallup, WA 98372 |
| Mintz, Levin, Cohn, Ferris, Glovsky &<br>Popeo PC<br>c/o Sara R. Bollerup, Esq.<br>One Financial Center<br>Boston, Massachusetts 02111 | Norma Phillips<br>108 19th Ave. Se Unit #22<br>Puyallup, WA 98372 |
| Mr. Ming Wei Wu<br>820 Dartmouth St. B375<br>Harrisburg, PA  17109 | Norma Romero<br>8415 Timber Belt<br>San Antonio, TX 78250 |
| Mrs. Parenti<br>3302 Theodore<br>Joliet, IL 60431 | North American Medical Management<br>4415 W. Harrison St., Suite 300<br>Hillside, IL 60162 |

19

| | |
|---|---|
| MWREH<br>2801 Finley Rd.<br>Downers Grove, IL 60515 | OmniTrust Security Systems<br>1975 el Camino Real #203<br>Mountain View, CA 94040 |
| Naghmi Akmal<br>1833 SW 318th PL #A<br>Federal Way, WA 98023 | NW Cable Seattle<br>Dept. 890933<br>PO Box 120933<br>Dallas, TX 75312 |
| Nancy L. Kavadas<br>1910 W. Addison, Unit C<br>Chicago, IL 60613 | OTIS<br>PO Box 73579<br>Chicago, IL 60673-7579 |
| Nursing Spectrum<br>PO Box 95704<br>Hoffman Estates, IL 60195-0704 | Paddock Publications<br>PO Box 6000<br>Carol Stream, IL 60197-6000 |
| NW Cable News<br>Michael S. Held/Jenkens & Gilchrist<br>1445 Ross Avenue, Suite 3700<br>Dallas, TX 75202 | Part B News<br>PO Box 9405<br>Gaithersburg, MD 20897-9824 |
| O Premium Waters<br>1740 W. Broadway<br>Mesa, AZ 85202 | Patricia Boggs<br>5293 Ballentine Pk.<br>Springfield, OH 45002 |
| Obesity Surgery (Canada)<br>FD-Communications, Inc.<br>Toronto, ON<br>M2N 5L3 Canada | Patricia Cozzitarto<br>120 E. Beech Dr. #105<br>Schaumburg, IL 60193 |
| ObesityHelp.Com<br>PO Box 1504<br>Oakley, CA 94561-1504 | Pitney Bowes Credit Corporation<br>27 Waterview Drive<br>Shelton, CT06484-5151 |
| Ohio Bureau of Workers, Compensation Law<br>Section Bankruptcy Unit<br>30 W. Spring Street<br>PO Box 15567<br>Columbus, OH 43215-0567 | Pitney Bowes Credit Corporation<br>PO Box 856460<br>Louisville, KY 40285-6460 |

20

CHIC_1310163.3

| | |
|---|---|
| Ohio Bureau of Workers, Compensation Law<br>Section Bankruptcy Unit<br>30 W. Spring Street<br>PO Box 15567<br>Columbus, OH 43215-0567 | Postmaster Express Mail<br>1415 S. Ardmore<br>Villa Park, IL 60181 |
| Peapod Inc.<br>Commercial Accounts<br>1325 Ensell Road<br>Lake Zurich, IL 60047 | Printelligent<br>Accounts Receivable<br>2607 Decker Lake Blvd. Suite 200<br>Salt Lake City, UT 84119 |
| Penelope Donovan<br>2023 Benson Avenue<br>Prosser, WA 99350 | Pro-Amino International Inc.<br>500 Guindon #111 St. Eustache<br>Quebec, Canada J7R 5B4 |
| Pennie Dickinson<br>c/o Steven A. Cohen, Esq.<br>362 N. Third Avenue<br>Phoenix, AZ 85003-1521 | Pro-Amino International Inc.<br>500 Guindon #111 St. Eustache<br>Quebec, Canada J7R 5B4 |
| People Magazine<br>The Billing Center<br>PO Box 60001<br>Tampa, FL 33660-0001 | Professional Printing Services<br>PO Box 7022<br>Tampa, FL 33673 |
| Peresh Rajajoshiwala<br>1440 W. Bitters Rd.<br>#2728<br>San Antonio, TX 78248 | Progressive Business Publications<br>370 Technology Drive<br>PO Box 3019<br>Malvern, PA 19355 |
| Personel Concepts<br>PO Box 9003<br>San Dimes, CA 91773 | Quest Diagnostics Incorporated<br>1201 S. Collegeville Road<br>Collegeville, PA 19426 |
| Phillips Medical Capital, LLC<br>c/o Askounis & Borst, P.C.<br>303 E. Wacker Dr.<br>Suite 1000<br>Chicago, IL 60601 | Quest Diagnostics<br>695 S. Broadway<br>Denver, CO 80209 |
| Pinnacle Video Group<br>85 NE Loop 410, Suite 620<br>San Antonio, TX 78216-5866 | Rose Lopez-Alphin<br>4205 N. 42nd Pl<br>Phoenix, AZ 85018 |

CHIC_1310163.3

| | |
|---|---|
| Pioneer Valley Hospital<br>3460 S. Pioneer Parkway<br>West Valley City, UT 84120 | Rothbart Construction Realty<br>1945 Techny Rd. #6<br>Northbrook, IL 60062-5346 |
| Pitney Bowes Credit Corporation<br>27 Waterview Drive<br>Shelton, CT 06484-5151 | Roxanne Cox<br>2345 W. 560 S<br>Provo, UT 84601 |
| QuickBooks<br>2800 Commerce Center<br>Tucson, AZ 85706 | Ruben Marines<br>1202 E. Mulberry Avenue, Apt. 202<br>San Antonio, TX 78209 |
| Radiology Imaging Solutions<br>Mathew Eisentein, MD<br>2101 Waukegan Rd.<br>St. 108<br>Bannockburn, IL 60015 | S&R Monogramming<br>620 W. 5th Ave., Ste B<br>Naperville, IL 60563 |
| Rawlings Company LLC<br>PO Box 740075<br>Louisville, KY 40201-7478 | San Antonio Express-News<br>PO Box 2171<br>San Antonio, TX 78297-2171 |
| Regina Hollars<br>4 Dogwood Estated Lane<br>Glen Carbon, IL 62034 | Sandra Hall<br>8389 Wicklow<br>Cincinnati, OH 45236 |
| Renata Skrzekut<br>630 Farrington Dr.<br>Buffalo Grove, IL 60089 | Sara Lindsey<br>Theodore L. Stacy<br>Attorney at Law<br>258 W. US Highway 6<br>Valparaiso, IN 46385 |
| Richard C. Meyer<br>632 N. Racine Ave.<br>Chicago, IL 60622-5891 | Sasha Kopatich<br>3758 E. Sheffield Rd.<br>Higley, AZ 85236 |
| Richard DiCicco<br>345 Bay Shore Blvd., #308<br>Tampa, FL 33606 | SBC Ameritech<br>Bill Payment Center<br>Chicago, IL 60663-0001 |
| Robert Garcia<br>7511 Robin Rest. Dr.<br>San Antonio, TX 78209 | SBC Global<br>P.O. Box 981268<br>West Sacramento, CA  95798 |

CHIC_1310163.3

| | |
|---|---|
| Ronald Stordahl<br>3914 Sw Andover<br>Seattle, WA 98116 | Sherry Gerber<br>6288 Sabina Rd.<br>Sabina, OH 45169 |
| Rosamaria Bruno<br>2954 N. Neva<br>Chicago, IL 60634 | Sherry Gerber<br>6288 Sabina Rd.<br>Sabina, OH 45169 |
| Roscoe Company<br>PO Box 4804<br>Chicago, IL 60680-4804 | Sherry Lacefield<br>2184 N. 450 E.<br>North Ogeden, VT 84414 |
| Schiller America<br>11300 NW 41st St.<br>Miami, FL 33178 | Simplex Grinnell<br>Dept. CH10549<br>Florida Region<br>Palatine, IL 60055-5049 |
| Scott Claudin<br>1921 Carrier Circle<br>Plainfield, IL 60544 | Skyline Tradetec<br>1136 N. Garfield Street<br>Lombard, IL 60148 |
| Scott Pardun<br>6452 Highway Dr.<br>Nine Mile Falls, WA 99026-9535 | SNN6<br>PO Box 1719<br>Sarasota, FL 34230-1719 |
| Seattle Times<br>PO Box C34805<br>Seattle, WA 98124-1805 | Softech<br>PO Box 1346<br>Roseburg, OR 97470 |
| Sentinel Technologies<br>2550 Warrenville Road<br>Downers Grove, IL 60515 | Tom J. Atwood<br>1112 N. Florida Ave.<br>Tarpon Springs, FL 34689-2002 |
| Settlerswalk Professional Park<br>c/o Wilcon Corporation<br>3176 Kettering Blvd.<br>Dayton, OH 45439 | Sonja Weiss<br>808 Blue Stem Drive<br>Bolingbrook, IL  60440 |
| Shane's Office Supply Co.<br>2717 Curtiss Street<br>Downers Grove, IL 60515 | Sonja Weiss<br>808 Blue Stem Drive<br>Bolingbrook, IL 60440 |
| Sharon Culbertson<br>513 Hibiscus Drive<br>Temple Terrace, FL 33617 | St. Luke's Med. Ctr.<br>1800 E. Van Buren<br>Phoenix, AZ 85006 |

23

CHIC_1310163.3

| | |
|---|---|
| Sharon Farra<br>PO Box 1603<br>Dayton, OH 45401 | St. Petersburg Times<br>PO Box 112<br>St. Petersburg, FL 33731-0112 |
| Sherri leach<br>7 Oakton Drive<br>Lombard, IL 60148 | Stacey Dunn-Emke, MS RD<br>3130 Gough St.<br>San Francisco, CA 94123 |
| Sonora Quest Laboratories<br>1255 W. Washington Street<br>Tempe, AZ 85281 | Stacy Baker<br>12008 Hycroft<br>San Antonio, TX 78233 |
| SourceOne Healthcare Technologies<br>Attn:  Anthony Record-Credit Manager<br>8020 Tyler Blvd.<br>Mentor, OH 44060 | Stacy Sharp<br>12113 SE 175th LN #D-203<br>Renton, WA 98058 |
| SourceOne Healthcare<br>PO Box 403209<br>Atlanta, GA 30384-3209 | State Farm Fire & Casualty Co.<br>5159 W. 111st Street<br>Alsip, IL 60803 |
| SourceOne Healthcare<br>PO Box 730386<br>Dallas, TX 75373-0386 | State of Washington – Dept. of Revenue<br>Attn:  Doug Houghton<br>2101 4th Ave., Suite 1400<br>Seattle, WA 98121 |
| Southwest Accommodations<br>458 S. Jared Drive<br>Gilbert, AZ 85296 | State of Washington<br>Dept. of Revenue<br>PO Box 34054<br>Seattle, WA 98124-1054 |
| Southwest Architectural Builders, Inc.<br>3826 N. 3rd Street<br>Phoenix, AZ 85012 | Stephanie Gattas<br>11711 Braesview #1803<br>San Antonio, TX 78213 |
| Southwest General Hospital<br>7400 Barlite Blvd.<br>San Antonio, TX 78224 | Stericycle<br>Attn:  Carmen Lopz<br>13975 Polo Trail Dr., Suite 201<br>Lake Forest, IL 60045 |
| Speakeasy Broadband Services<br>PO Box 34938<br>Seattle, WA 98124-1938 | Steve Secrest<br>Rte. 2<br>PO Box 2284<br>Roosevelt, UT 84066 |

CHIC_1310163.3

| | |
|---|---|
| Spectrum NurseWeek<br>PO Box 33130<br>Newark, NJ 07188-0130 | Tampa Electric Co.<br>PO Box 31318<br>Tampa, FL 33631-3318 |
| Sprint<br>PO Box 650270<br>Dallas, TX 75265-0270 | Tanya Herndon<br>472 E. Monterey St.<br>Chandler, AZ 85225 |
| Sprint<br>PO Box 88026<br>Chicago, IL 60680-7206 | Tax Assessor-Collector<br>Bexar County, Sylvia S. Romo<br>PO Box 839950<br>San Antonio, TX 78283-3950 |
| StudioPLUS #418<br>1150 Oakesdale Ave. SW<br>Renton, WA 98055 | Tempe St. Luke's Medical<br>Center-Staffing<br>1500 S. Mill Ave.<br>Tempe, AZ 85281 |
| Suburban Chicago Newspapers Ad<br>PO Box 1008<br>Tinley Park, IL 60477 | Teresa Harris<br>874 Nelli Ct. #109<br>Naperville, IL 60563 |
| Suburban Focus Magazine<br>PO Box 2517<br>Darien, IL 60561 | Teresa Sarno<br>740 S. Wisconsin<br>Villa Park, IL 60181 |
| Susan Chiano<br>627 N. Wisconsin Ave.<br>Villa Park, IL 60181 | The Arizona Republic<br>Customer Accounting Services<br>P O Box 200<br>Phoenix, AZ 85001-0300 |
| Susan Culbertson<br>513 Hibiscus Drive<br>Temple Terrace, FL 33617 | The Monitor<br>Vicki M. Skaggs<br>Atlas & Hall LLP<br>POB 3735<br>McAllen, TX 78502 |
| Susan Everett<br>829 Yorktown St.<br>Valparaiso, IN 46385 | The Seattle Times<br>c/o Nacm R. Lucas<br>PO Box 21966<br>Seattle, WA 98111 |
| Suzanne Salvino<br>2801 Finley Rd.<br>Downers Grove, IL 60515 | Thomas G. Weber<br>6148 Harth Ct.<br>Lisle, IL 60532 |

25

| | |
|---|---|
| Sylvia Valencia<br>1501 E. Miles<br>Tucson, AZ  85719 | Tom Weber<br>2801 Finley Road<br>Downers Grove, IL  60515 |
| Synctron Computer Services<br>911 Ragland Rd.<br>Mission, TX 78572 | Tovar's Snow Plowing, Inc.<br>31W377 Spaulding Road<br>Elgin, IL 60120 |
| Tia Viner<br>4800 S. Alma School #3096<br>Chandler, AZ 85248 | TownePlace Suites Lombard<br>455 East 22nd Street<br>Lombard, IL 60148 |
| Tiffany Schmidt<br>1016 Well Spring Rd. #20-W<br>Midvale, UT 84047 | Trans Union<br>1801 S. Meyers Road<br>Oakbrook Terrace, IL  60181 |
| TigerDirect.com<br>c/o SYX Services<br>PO Box 449001<br>Miami, FL 33144-9001 | Troy Norris<br>937 Leawood Drive<br>Joliet, IL 60431 |
| Time Warner Cable Media Sales<br>c/o Szabo Associates, Inc.<br>3355 Lenox Road, 9th Floor<br>Atlanta, Georgia 30326 | TSP<br>31W377 Spaulding Road<br>Elgin, IL  60120 |
| Time Warner Cable<br>PO Box 849151<br>Dallas, TX 75284 | Two by Four<br>208 S. Jefferson Street<br>Ste. 410<br>Chicago, IL 60661<br>Attn:  S. Kanney |
| WBQC TV-38<br>Jason v. Stitt/Keating, Muething &<br>Klekamp, PLL<br>One East Fourth Street, Suite 1400<br>Cincinnati, OH 45202 | ULINE<br>Accounts Receivable<br>2200 S. Lakeside Drive<br>Waukegan, IL 60085 |
| Tina Aileen Terry<br>703 Willard Street<br>Covington, KY 41011-1358 | United Parcel Service<br>LockBox 577<br>Carol Stream, IL  60132-0577 |
| Tina Monette<br>5468 Fitz Avenue<br>Portage, IN 46368 | Villa Park Office Equipment, Inc.<br>1120 N. Villa Avenue<br>Villa Park, IL 60181 |

26

CHIC_1310163.3

| | |
|---|---|
| TMC Distribution<br>PO Box 10411<br>El Paso, TX 79995-0411 | Village of Downers Grove<br>Civic Center<br>801 Burlington Ave.<br>Downers Grove, IL 60515-4776 |
| Todd Boskey<br>36 Sterling Crl Dr.<br>Wheaton, IL 60187 | WARM 106.9 FM<br>P.O. Box 34960<br>Seattle, WA 98124-1960 |
| United Parcel Service<br>c/o Receivable Management Services<br>PO Box 4396<br>Timonium, Maryland 21094 | WARM 106.9 FM<br>3650-131st Ave. SE #550<br>Bellevue, WA 98006 |
| US Bancorp Manifest Funding Services<br>Attn: Corporate Attorney<br>1450 Channel Parkway<br>Marshall, MN 56258 | WBBM-TV<br>630 N. McClurg Court<br>Chicago, IL 60611 |
| USM Logistics<br>6711 S. Leclaire Avenue<br>Bedford Park, IL 60638-6417 | WBDT<br>P.O. Box 71-0872<br>Columbus, OH 43271 |
| USM Logistics<br>6711 S. Leclaire Avenue<br>Bedford Park, IL 60638-6417 | WBQC TV-38<br>2212 Losantiville Avenue<br>Cincinnati, OH 45237 |
| Valley Medical Center<br>400 S. 43rd Street<br>Renton, WA 98055-5714 | WCIU-Weigel Broadcasting Co.<br>26 N. Halsted Street<br>Chicago, IL 60661 |
| Valley Professional Center North<br>P.O. Box 3579<br>Redmond, WA 98073-3579 | Western Neurological Assoc.<br>1151 E. 3900 South B150<br>Salt Lake City, OH 84124 |
| Valley Ultrasound<br>c/o Eric Smith<br>1780 W 9000 S, Ste 412<br>West Jordan, UT 84088 | WFLA – Television<br>c/o Szabo Associates, Inc.<br>3355 Lenox Road, 9th Floor<br>Atlanta, Georgia 30326 |
| WCKG-FM<br>22702 Network Place<br>Chicago, IL 60673-1227 | WFLD-TV<br>P.O. Box 91427<br>Chicago, IL 60690 |

27

| | |
|---|---|
| WCKG-FM<br>c/o Szabo Associates, Inc.<br>3355 Lenox Road, 9th Floor<br>Atlanta, Georgia 30326 | WFTS Television<br>c/o Szabo Associates, Inc.<br>3355 Lenox Road, 9th Floor<br>Atlanta, Georgia 30326 |
| WCPO<br>500 Central Avenue<br>Cincinnati, OH 42202-2376 | WFTS-TV<br>4045 Himes Avenue North<br>Tampa, FL 30368-6909 |
| WCPO Television<br>c/o Szabo Associates, Inc.<br>3355 Lenox Road, 9th Floor<br>Atlanta, Georgia 30326 | WGN-TV Chicago<br>2501 Bradley Place<br>Chicago, IL 60618<br>Attn: Barbara Wilson |
| WDTN-TV<br>P.O. Box 90366<br>Chicago, IL 60696-0366 | WHIO-TV<br>PO Box 714127<br>Cincinnati, OH 45271 |
| WDTN-TV<br>Communications Credit & Recovery Corp.<br>1025 Old Country Rd., Suite 403S<br>Westbury, NY 11590 | William Iversen<br>21 Lake Breeze Ct.<br>Lake Zurich, IL 60047 |
| WebMD Elec Billing<br>12016 Collections Center Drive<br>Chicago, IL 60693 | William T. Miller<br>2336 E. Robin Lane<br>Gilbert, AZ 85296-2119 |
| Weselak & Associates<br>316 Manor Hill Ct<br>Lombard, IL 60148 | WLLD/WQYK<br>c/o Szabo Associates, Inc.<br>3355 Lenox Road, 9th Floor<br>Atlanta, Georgia 30326 |
| West Mission Medical Office, LLC<br>910 South Bryan<br>Suite 302<br>Mission, TX 78572 | WLS-TV<br>190 North State Street<br>Chicago, IL 60601 |
| West Suburban Living<br>C2 Publishing Inc.<br>P.O. Box 111<br>Elmhurst, IL 60126 | WLWT<br>1700 Young Street<br>Cincinnati, OH 45202 |
| WILV-FM<br>One Prudential Plaza<br>Suite 2780<br>Chicago, IL 60601 | WLWT Television<br>c/o Szabo Associates, Inc.<br>3355 Lenox Road, 9th Floor<br>Atlanta, Georgia 30326 |

28

| | |
|---|---|
| WILV-FM<br>c/o Szabo Associates, Inc.<br>3355 Lenox Road, 9th Floor<br>Atlanta, GA 30326 | WMAQ-TV<br>P.O. Box 5071<br>Chicago, IL  60693-0500 |
| WISH Acquisition, LLC<br>7803 Glenroy Road<br>Minneapolis, MN 55439 | WMOR Television<br>c/o Szabo Associates, Inc.<br>3355 Lenox Road, 9th Floor<br>Atlanta, Georgia 30326 |
| WJMK-FM<br>22520 Network Place<br>Chicago, IL  60673 | WMOR-TV Company<br>7201 E. Hillsborough Avenue<br>Tampa, FL  33610-4126 |
| WJMK-FM<br>c/o Szabo Associates, Inc.<br>3355 Lenox Road, 9th Floor<br>Atlanta, Georgia 30326 | WOAI TV<br>Lockbox #847953<br>1401 Elm Street, 5th Floor<br>Dallas, TX  75202-2958 |
| WKEF TV<br>1731 Soldiers Home Road<br>Dayton, OH  45418 | WOAI-TV<br>P O Box 2641<br>San Antonio, TX 78299-2641 |
| WKMG<br>P.O. Box 91-9941<br>Orlando, FL  32891-9941 | WTOG<br>P.O. Box 905503<br>Charlotte, NC  28290-5503 |
| WKRQ-FM<br>2060 Reading Rd., 4th Floor<br>Cincinnati, OH  45202 | WTOG Television<br>c/o Szabo Associates, Inc.<br>3355 Lenox Road, 9th Floor<br>Atlanta, Georgia 30326 |
| WLLD FM<br>9721 Executive Center Dr., Suite 200<br>St. Petersburg, FL  33702 | WTSP-TV<br>PO Box 10,000<br>St. Petersburg, FL 33733 |
| WOFL<br>12315 Collection Center Dr.<br>Chicago, IL  60693 | WTTA-TV<br>P.O. Box 60419<br>Charlotte, NC  28260-0419 |
| WOFL TV<br>35 Skline DR<br>Lake Mary, FL 32746 | WTTE-TV<br>c/o Wachovia Bank<br>P.O. Box 8500-54908<br>Philadelphia, PA  19178 |

29

| | |
|---|---|
| WPWR<br>12428 Collection Center Dr.<br>Chicago, IL  60693 | WTVT<br>P.O. Box 100535<br>Atlanta, GA  30384-0535 |
| WPWX<br>142 E. Ontario, Suite 1400<br>Chicago, IL  60611 | WTVT – Television<br>c/o Szabo Associates, Inc.<br>3355 Lenox Road, 9th Floor<br>Atlanta, Georgia 30326 |
| WQYK FM<br>5510 W. Gray Street<br>Suite 130<br>Tampa, FL  33609 | WUSN-FM<br>22521 Network Place<br>Chicago, IL  60673-7225 |
| WRBW<br>4598 Collection Center Dr.<br>Chicago, IL  60693 | WUSN-FM<br>c/o Szabo Associates, Inc.<br>3355 Lenox Road, 9th Floor<br>Atlanta, Georgia 30326 |
| WRBW TV<br>35 Skyline Dr<br>Lake Mary, FL 32746 | WWHO-Television<br>c/o Szabo Associates, Inc.<br>3355 Lenox Road, 9th Floor<br>Atlanta, GA 30326 |
| WSRB FM<br>142 Ontario, Suite 1400<br>Chicago, IL  60611 | WFLA-TV<br>Remittance Processing Center<br>P.O. Box 26425<br>Richmond, VA  23260-6425 |
| WSTR-TV<br>P.O. Box 60243<br>Charlotte, NC  28260-0243 | WXIX TV<br>P.O. Box 11407<br>Drawer 0963<br>Birmingham, AL  35246-0963 |
| WSTR-TV<br>5177 Fishwick Drive<br>Cincinnati, OH 45216 | WXIX Television<br>c/o Szabo Associates, Inc.<br>3355 Lenox Road, 9th Flr<br>Atlanta, Georgia 30326 |
| WSYX<br>c/o Wachovia Bank<br>P.O. Box 8500-54913<br>Philadelphia, PA  19178 | Zax Signage<br>PO Box 350<br>Nashua, NH 03061 |

30

| | |
|---|---|
| WWSB<br>P.O. Box 917372<br>Orlando, FL 32891 | WWSB – Television<br>c/o Szabo Associates, Inc.<br>3355 Lenox Road, 9th Floor<br>Atlanta, Georgia 30326 |
| Xerox Corporation<br>Xerox Capital Services LLC<br>POB 660506<br>Dallas, TX 75266 | John DeBarros<br>2127 S. 106th Place, #62<br>Mesa, AZ 85212 |
| Allegiance Telecom Co. Worldwide<br>1950 Stemmons Expressway<br>Dallas, TX 75207   Returned - No Forward Address | Amy Koler<br>c/o Christopher Coury, Esq.<br>One North Central Ave.<br>Phoenix, AZ 85004   Returned - No Forward Address |
| Alma Teran<br>1612 E. Willetta<br>Tempe, AZ 85281   Returned - No Forward Address | American Express<br>9th Floor South<br>300 S. Riverside Drive<br>Chicago, IL 60606   Returned - No Forward Address |
| Bright House Networks<br>11500 Dr. Martin Luther King St. N<br>Accounting Dept.<br>St. Petersburg, FL 33716   Returned - No Forward Address | Carolyn Justice<br>Route 2 Box 2452<br>Roosevelt, UT 84066   Returned - No Forward Address |
| C. Garibay<br>4704 N. Doffing Road<br>Mission, TX 78574   Returned – No Forward Address | Citrix Systems Inc.<br>c/o Subscription Advantage<br>PO Box 5023<br>Ft. Lauderdale, FL 33310   Returned - No Forward Address |
| Clear Channel Cincinnati –<br>c/o Matthew T. Macleid<br>1348 Chapel St., PO Box 6099<br>Cincinnati, OH 45206-1329   Returned - No Forward Address | Connie Conjalka<br>2802 Privet Lane<br>South Bend, IN 46614   Returned - No Forward Address |
| Cyndi Tipton<br>5660 Stone Path Drive<br>Middletown, OH 45042   Returned - No Forward Address | Eddie Magallan<br>7941 Piper's Creek Apt. 711<br>Brownsville, TX 78521   Returned-No Forward Address |
| Darlene Thompson ET<br>1420 North 38 Street<br>Renton, WA 98056   Returned - No Forward Address | Jessica Samudio<br>2955 N. 400 W<br>Layton, UT 84041   Returned - No Forward Address |
| Dartek Computer Supply<br>PO Box 4135<br>Naperville, IL 60567-4135   Returned - No Forward Address | KNVA TV<br>PO Box 673005<br>Dallas, TX 75267-3005   Returned - No Forward Address |
| Enviro Mechanical<br>174 Touhy Ct.<br>Des Plaines, IL 60018   Returned - No Forward Address | Glenn Motley<br>198 E. Fremont<br>Elmhurst, IL 60125   Returned - No Forward Address |

CHIC_1310163.3

| | |
|---|---|
| Karen Stickler, Psy. D.<br>PsyKare<br>The Wish Center<br>2801 Finley Road, Suite 220<br>Downers Grove, IL 60515 — Returned - No Forward Address | JCORP Staffing<br>8531 N. New Braunfels<br>Suite 204<br>San Antonio, TX 78217 — Returned - No Forward Address |
| KTVK TV<br>PO Box 29804<br>Phoenix, AZ 85038-9804 — Returned - No Forward Address | Kelly Wierzbicki<br>12203 Fairway Circle<br>Unit D<br>Blue Island, IL 60406 — Returned - No Forward Address |
| KZTV<br>PO Box TV10<br>Corpus Christi, TX 78403 — Returned - No Forward Address | L. Abraham<br>23103 S. 212th Place<br>Queen Creek, AZ 85242 — Returned - No Forward Address |
| Libby Abraham<br>23103 S. 212th Place<br>Queen Creek, AZ 85242 — Returned - No Forward Address | Lisa Cannella<br>1100 Geneva Road<br>Apt. 23B<br>St. Charles, IL 60174 — Returned - No Forward Address |
| Maximum Communications<br>117 Williams St.<br>Cincinnati, OH 45215-4601 — Returned - No Forward Address | Multimedios Estrellas<br>Oficina Mexico<br>Tennyson No. 78 Col. Polanco<br>C.P. 11560 — Returned - No Forward Address |
| Oscar Marsden<br>3203 Riverbirch Dr. #212<br>Oakbrook Terrace, IL 60181 — Returned-No Forward Address | Partnership Health Services<br>435 East Main Street<br>Denville, NJ 07834 — Returned - No Forward Address |
| Solaris Roofing Solutions<br>30 W. 104 Butterfield Rd.<br>Warrenville, IL 60555 — Returned - No Forward Address | Suzanne Salvino, RNFA<br>401 E. Ontario, Apt. 456<br>Chicago, IL 60611 — Returned - No Forward Address |
| Timothy Hunter<br>1701 E. 8th St.<br>Foxfire Apt. #128<br>Tempe, AZ 85281 — Returned - No Forward Address | Utah State University<br>Housing & Food<br>3336 S. 4155W<br>West Valley City, UT 84120 — Returned - No Forward Address |
| Verizon Wireless<br>P.O. Box 790406<br>St. Louis, MO 63179-0406 — Returned – No Forward Address | WWHO TV<br>93620 Network Pl.<br>Chicago, IL 60673-3620 — Returned - No Forward Address |

32