IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WEIGHT INTERVENTION AND | ) | Honorable Pamela S. Hollis |
| SURGICAL HEALTHCARE HOLDING, | ) | |
| LLC, et al., | ) | Case No. 05 B 16002 |
| | ) | |
| Debtors. | ) | (Substantively Consolidated) |
| | ) | |

**SUPPLEMENT FOR FINAL ACCOUNTING PURPOSES TO
MOTION FOR ENTRY OF FINAL DECREE CLOSING CASE**

LePetomane XVII, Inc., not individually but solely in its capacity as liquidating trustee (the "Liquidating Trustee") of the WISH Liquidating Trust, by and through its attorneys, and pursuant to that certain Liquidating Trust Agreement by and between Weight Intervention and Surgical Healthcare Holding, LLC and its related debtors (collectively, the "Debtors") and the Liquidating Trustee, dated as of February 9, 2006, hereby submits this supplement for final accounting purposes in connection with the proposed final decree closing the above-captioned chapter 11 bankruptcy cases. In support hereof, the Liquidating Trustee respectfully states as follows.

1. On June 20, 2009, the Liquidating Trustee issued checks for its final distribution of $100,000 to the holders of allowed general unsecured claims against the Debtors--Class 3 under the Debtors' confirmed chapter 11 plan (the "Plan"). The distribution was approximately 2% to each holder of an allowed general unsecured claim. A list of the holders of allowed general unsecured claims is attached hereto as Exhibit A; however, because the minimum distribution under the Plan was $25.00, holders of general unsecured claims under $1,250.00 did not receive a distribution.

2.      The only remaining "Disputed Claim" under the Plan is the alleged priority claim of Lisa Steirer in the amount of $5,000.00 (the "Steirer Claim").  The Liquidating Trustee is holding $5,000.00 in reserve for the Steirer Claim (the "Steirer Reserve"), which is expected to be resolved shortly.[1]   Other than the Steirer Reserve, the Liquidating Trustee is holding $10,323.60 in cash, which will be used to pay final professional fee invoices and the costs incurred in connection with making the final distribution.

Dated:   June 22, 2009

Respectfully submitted,

LePetomane XVII, Inc., not individually but solely in its capacity as Liquidating Trustee of the WISH Liquidating Trust


By: s/ Geoffrey S. Goodman
      One of its Attorneys

Edward J. Green (No. 6225069)
Geoffrey S. Goodman (No. 6272539)
Foley & Lardner LLP
321 North Clark Street, Suite 2800
Chicago, IL 60654
Telephone: (312) 832-4500
Facsimile: (312) 832-4700

---

[1] There is a chance that the final distribution could be supplemented with a very small distribution from any released amounts from the Steirer Reserve.

CHIC_4270281.1

# EXHIBIT A

| Unsecured Creditor | Claim Number(s) | Allowed Claim Amount(s) |
|---|---|---|
| Abbey's Answering Service | 144 | $117.31 |
| ABCO Laboratories Inc. | Scheduled | 26,669.69 |
| Abraham, Elizabeth | 155 | $500.00 |
| ACC Business | 22 | $2,694.06 |
| Accent | Scheduled | 213.00 |
| Accurint/Seisint | 214 | $138.35 |
| ACME Television of Ohio, LLC | 218 | $17,076.50 |
| ADP | Scheduled | 1,412.85 |
| ADT (Colorado) | Scheduled | 47.48 |
| ADT (Pennsylvania) | Scheduled | 1,709.53 |
| Advance Magazine Publishers, Inc. | 183 | $22,195.20 |
| Allegiance Telecom | 109 | $2,395.55 |
|  | 116 | $208.73 |
|  | 117 | $4,359.47 |
|  | 118 | $1,730.86 |
|  | 119 | $1,779.49 |
| Allen, E | Scheduled | 500.00 |
| Allergan | Scheduled | 452.48 |
| Allied Interstate Inc. | Scheduled | 820.87 |
| All Pro-Technologies, Inc. | 195 | $757.87 |
| American Express Travel Related Svcs. Co. Inc. Corp. Card | 265 | $121,924.23 |
| Amer Society for Bariatric Surgery | Scheduled | 915.00 |
| American College of Surgeons | Scheduled | 1,740.00 |
| American General Life Insurance Co. | Scheduled | 2,100.13 |
| Anderson, Bennett & Partners | 29 | $1,325.00 |
| Apple Valley Broadcasting | Scheduled | 8,903.75 |
| Arizona Freelance Interpreting Srvs | Scheduled | 258.00 |
| Asset Acceptance, LLC | 1 (WISH 6) | $673.07 |
| Associated Surveying Group | Scheduled | 2,000.00 |
| Athena Diagnostics, Inc. | 237 | $106,125.53 |
| Atwood, Tom J. | Scheduled | 100.00 |
| Aurora Sign Company | Scheduled | 1,276.11 |
| Baker, Stacy | Scheduled | 500.00 |
| Barnes & Thornburg | 150 | $2,781.75 |
| Barrett, Darlene | Scheduled | 500.00 |
| Benmco Architectural Products | 57 | $1,350.00 |
| BlueCross BlueShield | Scheduled | 99.64 |
| Borders D | Scheduled | 500.00 |
| Breseman, Kristi | 168 | $381.25 |
| Bridgewater Custom Sound | Scheduled | 1,012.85 |
| Bright House Networks | Scheduled | 5,780.00 |

| Unsecured Creditor | Claim Number(s) | Allowed Claim Amount(s) |
|---|---|---|
| Bundy, Diana | Scheduled | 4,025.00 |
| BWC State Insurance Fund | Scheduled | 2,374.12 |
| Byron Medical | 32 | $877.66 |
| Cal First | Scheduled | 42,021.06 |
| Caligor Great Lakes | Scheduled | 36,160.03 |
| Cam's Commercial Cleaning | 68 | $3,652.98 |
| Careerbuilder | Scheduled | 757.00 |
| Care-Takers Building Maintenance, Inc. | 224 | $1,309.00 |
| Cellular Advantage | Scheduled | 49.20 |
| Chair Dancing International, Inc. | 271 | $1,539.00 |
| Chang, KaoXu | Scheduled | 200.00 |
| Chicagoland Television News | 21 | $6,854.00 |
| Chicago Metro. Fire Prevention Co. | Scheduled | 1,539.06 |
| Chicago Sun-Times, Inc. | 250 | $57,400.00 |
| Cinergy/CG & E | 2 (WISH 9) | $383.95 |
| Citrix Systems Inc. | Scheduled | 4,826.25 |
| City of Renton | Scheduled | 124.02 |
| Clear Channel Broadcasting | 23 | $51,196.30 |
| Clear Channel Cincinnati | 40 | $13,067.25 |
| Clear Channel Group | 192 | $1,005.00 |
| CLIA | Scheduled | 450.00 |
| Coding Institute | Scheduled | 431.95 |
| Comcast Spotlight | 174 | $28,131.00 |
| Com Ed | 49 | $2,352.73 |
| Company Corporation | Scheduled | 3,494.62 |
| Compunet Clinical Labs | Scheduled | 15,406.69 |
| Concept One Media | 127 | $2,493.80 |
| Cone Instruments, Inc. | 47 | $26.99 |
| Conjalka, Connie | Scheduled | 1,256.42 |
| Contrarian Funds, LLC | 217 | $4,257.81 |
| Cox Media | Scheduled | 30,673.43 |
| Cox Ohio Publishing | 103 | $10,104.00 |
| Cox, Roxanne | Scheduled | 181.26 |
| Crystal Springs Water Co. | Scheduled | 181.26 |
| CSC | 84 | $787.00 |
| Culbertson, Sharon | Scheduled | 116.19 |
| Culligan Bottled Water | 67 | $92.38 |
| Daily Herald | Scheduled | 8,655.20 |
| Dartek Computer Supply | Scheduled | 5,919.50 |
| David Agency | Scheduled | 25,295.00 |
| Dayton Newspapers | 216 | $681.12 |
| Dean Health Plan | Scheduled | 57.53 |

| Unsecured Creditor | Claim Number(s) | Allowed Claim Amount(s) |
|---|---|---|
| Debt-Free | Scheduled | 2.00 |
| Design Veronique | 48 | $948.85 |
| Digital Generation Systems | 37 | $2,644.00 |
| Discount Uniform Company | Scheduled | 115.84 |
| DMS | Scheduled | 874.50 |
| Dogain Instruments | 219 | $1,177.50 |
| Donovan, Penelope | Scheduled | 500.00 |
| Downers Grove Sanitary Dist. | Scheduled | 124.15 |
| DuPage Prestige | 152 | $3,326.85 |
| Easton Telecom Services | 190 | $285.84 |
| Edwards Medical Supply | 275 | $69,092.60 |
| El Norte Newspaper | Scheduled | 5,108.25 |
| Elite Communications Answering Service | Scheduled | 144.30 |
| Elsevier Science | Scheduled | 4,655.00 |
| Equifax Information SVCS LLC | Scheduled | 100.00 |
| Enviro Mechanical | 45 | $3,927.48 |
| FD Communications, Inc. | 30 | $262.50 |
| FedEx | Scheduled | 90.27 |
| Flex Partners | 191 | $6,000.00 |
| Frederick, Anne | Scheduled | $500.00 |
| Gammon Group | Scheduled | 13,778.78 |
| Garibay, C | Scheduled | 1,000.00 |
| Gem Communications | Scheduled | 473.97 |
| Global Computer Solutions | Scheduled | 1,104.18 |
| Glynn, Ann M. | 228 | $20,501.00 |
| Graebel Companies, Inc. | 138 | $3,774.00 |
| Greenline Data | Scheduled | 1,172.28 |
| Ground Pros Inc. | 61 | $1,815.00 |
| Hafkey Business Solutions | 101 | $2,858.00 |
| Hang, Linda | Scheduled | 122.74 |
| Hassett Storage Warehouses Inc. | Scheduled | 19,318.00 |
| Home Depot | Scheduled | 730.90 |
| HUMANA | Scheduled | 496.20 |
| IDILUS | Scheduled | 32,893.54 |
| Infinity Broadcasting | 72 | $3,000.00 |
| IFPC Worldwide | Scheduled | 635.50 |
| Illinois Secretary of State | Scheduled | 100.00 |
| Imperial Premium Finance | Scheduled | 424.22 |
| Inamed | Scheduled | 6,340.48 |
| Indoff Inc. | Scheduled | 633.46 |
| Ingenix Inc. | Scheduled | 395.85 |
| Island Commercial Engravers | Scheduled | 84.21 |

| Unsecured Creditor | Claim Number(s) | Allowed Claim Amount(s) |
|---|---|---|
| Iversen, William | 122 | $9,045.37 |
| Jacob, Joanne K. | 222 | $4,068.50 |
| JCORP Staffing | 135 | $6,760.00 |
| Justice, Carolyn | Scheduled | 250.00 |
| KABB-TV | Scheduled | 62,283.75 |
| Kavadas, Nancy L. | 221 | $17,507.62 |
| KASW-TV | 241 | $10,139.94 |
| KBEJ-TV | 50 | $408.00 |
| KCPQ-TV | 62 | $72,832.25 |
| KCYU/KFFX-Television | 1 | $3,604.00 |
| KENS-TV | 51 | $22,006.50 |
| KEYE-TV | Scheduled | 7,802.50 |
| KGBT – Television | 10 | $20,013.25 |
| KGNS | Scheduled | 12,163.50 |
| KHTY-FM | Scheduled | 561.00 |
| KIMA | 146 | $8,793.25 |
| King, Melissa | Scheduled | 500.00 |
| KING-TV | 243 | $57,667.00 |
| KIRO | 165 | $29,673.50 |
| KJZZ – Television | 136 | $46,996.00 |
| KKFR-FM | Scheduled | 5,125.50 |
| KKLT-FM | 105 | $7,705.38 |
| KLSY-FM | 92 | $10,850.25 |
| KMPS-FM | Scheduled | 8,806.00 |
| KMSB-TV | 242 | $794.75 |
| KNDO Television | 74 | $7,607.50 |
| KNUTTE & ASSOC | Scheduled | 11,850.00 |
| KNVA-TV/KXAN-TV | 147 | $17,429.25 |
| KNVO | 34 | $6,995.00 |
| Kogan Group, Inc. | 208 | $15,172.07 |
| KPNX-TV | 220 | $21,890.16 |
| KPNZ Television | 184 | $16,898.00 |
| KQXT | Scheduled | 1,785.00 |
| Kraft Paper Sales | Scheduled | 1,148.36 |
| KRGV Television | 19 | $55,717.50 |
| KRIS TV | Scheduled | 16,196.75 |
| KRRT-WB | Scheduled | 18,168.75 |
| KRWM-FM | Scheduled | 9,350.00 |
| KSAT 12 TV | 166 | $72,908.75 |
| KSAZ-TV | Scheduled | 57,110.89 |
| KSL Television | 75 | $53,091.00 |
| KSOP Inc. | 212 | $2,465.00 |
| KSTU – Television | 17 | $23,766.00 |

| Unsecured Creditor | Claim Number(s) | Allowed Claim Amount(s) |
|---|---|---|
| KSTW-TV | 114 | $30,175.00 |
| KTBC-TV | Scheduled | 6,128.50 |
| KTLM-TV | Scheduled | 2,911.25 |
| KTOV | 102 | $7,658.50 |
| KTTU-TV | 240 | $40.00 |
| KTVK, Inc. | 244 | $68,297.29 |
| KTVX-Television | Scheduled | 56,299.75 |
| KTWB | 77 | $18,572.50 |
| KUTP | Scheduled | 54,513.60 |
| KUTV-TV | Scheduled | 65,165.25 |
| KUWB | 107 | $28,526.00 |
| KVEO Television | 15 | $31,815.50 |
| KVTV | 53 | $9,175.75 |
| KVUE Television | 20 | $17,055.20 |
| KWJZ-FM | 91 | $9,792.00 |
| KZTV | 52 | $24,016.75 |
| Laredo Morning Times | Scheduled | 3,736.00 |
| Lavezzo, Cynthia | 178 | $3,000.00 |
| Leach, Sherri | 159 | $461.54 |
| Ledesma, Debbie | Scheduled | 500.00 |
| Ledgestone Professional Park | Scheduled | 6,651.99 |
| Lewis-Perkins, Candace | Scheduled | $2,819.00 |
| Local 12 | Scheduled | 12,567.25 |
| Macke Water Systems | Scheduled | 131.80 |
| Matson, Alan MD | Scheduled | 300.00 |
| Maximum Communications | Scheduled | 104.61 |
| McCloud | Scheduled | 288.00 |
| McGilvrey, Christine | Scheduled | 500.00 |
| McMahan Publishing Group | Scheduled | 1,260.00 |
| Meandaur Internet | Scheduled | 600.00 |
| Medical Staffing Network, Inc. | 226 | $5,000.00 |
| Merkin, Laura | 215 | $1,846.00 |
| Merrill Fine Arts Engraving, Inc. | 36 | $8,871.19 |
| Message Center | Scheduled | 64.00 |
| Metrocall | Scheduled | 139.80 |
| Metro Mechanical | 85 | $541.00 |
| Miami Valley Interpreters | Scheduled | 164.00 |
| Middletown Anesthesia Consultants | Scheduled | 12,450.00 |
| Midwest Center Anesthesia | Scheduled | 4,851.00 |
| Midwest Center for Day Surgery | 100 | $23,427.00 |
| Midwest Surgical Supply, LLC | 54 | $150.00 |
| Monette, Tina | Scheduled | 500.00 |
| Multimedios Estrellas | Scheduled | 1,495.52 |

| Unsecured Creditor | Claim Number(s) | Allowed Claim Amount(s) |
|---|---|---|
| National Broadcasting Co. | Scheduled | 70,269.50 |
| National Subscription Bureau | Scheduled | 1,337.80 |
| NBC Universal CFS | Scheduled | 2,805.00 |
| NEI Health Benefit Plan | Scheduled | 401.25 |
| Nextel Communications | Scheduled | 308.95 |
| North American Medical Management | Scheduled | 2,163.00 |
| Nu-Fone | Scheduled | 187.50 |
| Nursing Spectrum | 44 | $445.23 |
| NW Cable News | 245 | $4,216.00 |
| O Premium Waters | Scheduled | 262.35 |
| Obesity Surgery (Canada) | Scheduled | 900.00 |
| ObesityHelp.com | 235 | $6,071.45 |
| OmniTrust Security Systems | Scheduled | 16,020.00 |
| OTIS | Scheduled | 830.56 |
| Paddock Publications | Scheduled | 1,013.74 |
| Part B News | Scheduled | 319.00 |
| Partnership Health Services | Scheduled | 300.00 |
| Peapod, Inc. | Scheduled | 661.20 |
| People Magazine | Scheduled | 29.95 |
| Personal Concepts | Scheduled | 46.90 |
| Phillips Medical Capital, LLC | 269 | $100,000.00 |
| Phillips, Norma | 180 | $165.00 |
| Pinnacle Video Group | Scheduled | 64.73 |
| Pioneer Valley Hospital | Scheduled | 18,885.00 |
| Postmaster Express Mail | Scheduled | 128.05 |
| Pradhan, Kumuda R. | Scheduled | 396.19 |
| Printelligent | 90 | $5,398.58 |
| Pro-Amino International, Inc. | 87 | $17,990.32 |
| Professional Printing Services | Scheduled | 217.79 |
| Progressive Business Publications | Scheduled | 253.00 |
| Psy Kare, LLC | 232 | $763,850.00 |
| Quest Diagnostics Incorporated | 1 (Midwest Trauma) | $20,449.30 |
| QuickBooks | Scheduled | 750.00 |
| Radiology Imaging Solutions | 201 | $675.00 |
| Rawlings Company LLC | Scheduled | 564.00 |
| Reeb, Linda | Scheduled | 250.00 |
| Richard DiCicco | Scheduled | 99.08 |
| Riverside Claims, LLC | 31 | $56,049.00 |
| Romero, Norma | 164 | $151.00 |
| Roscoe Company | Scheduled | 412.25 |
| Rothbart Construction Realty | Scheduled | 1,725.03 |
| S & R Monogramming | 121 | $2,580.86 |

| Unsecured Creditor | Claim Number(s) | Allowed Claim Amount(s) |
|---|---|---|
| SBC Global | 4 (WISH 9) | $415.06 |
| Schiller America | Scheduled | 23.00 |
| Secrest, Steve | Scheduled | 250.00 |
| Sentinel Technologies | 27 | $937.50 |
| Schofield, Kira | 73 | $27,000.00 |
| Shane's Office Supply Co. | Scheduled | 5,540.15 |
| Simplex Grinnell | Scheduled | 55.64 |
| Skyline Tradetec | Scheduled | 276.50 |
| SNN6 | Scheduled | 816.00 |
| Softech | Scheduled | 60.00 |
| Solaris Roofing Solutions | Scheduled | 305.96 |
| Sonora Quest Laboratories | Scheduled | 16,597.07 |
| Southwest Accommodations Network | 149 | $1,445.22 |
| Southwest Architectural Builders, Inc. | 176 | $1,388.00 |
| Speakeasy Broadband Services | Scheduled | 1,292.94 |
| Spectrum NurseWeek | Scheduled | 445.23 |
| Sprint (Texas) | Scheduled | 114.72 |
| Sprint (Illinois) | Scheduled | 1,373.92 |
| St. Luke's Med. Ctr | Scheduled | 663.00 |
| St. Petersburg Times | Scheduled | 7,599.00 |
| State Farm Fire & Casualty Co. | Scheduled | 17,212.00 |
| Stericycle | 86 | $2,802.54 |
| StudioPLUS | Scheduled | 445.86 |
| Suburban Chicago Newspapers Ad | Scheduled | 4,352.50 |
| Suburban Focus Magazine | Scheduled | 1,500.00 |
| Synctron Computer Services | Scheduled | 316.62 |
| Szabo Associates, Inc. on behalf of KAPP-TV | 8 | $8,903.75 |
| Szabo Associates, Inc. on behalf of KBEE-TV | 24 | $4,174.40 |
| Szabo Associates, Inc. on behalf of KIII-TV | 246 | $12,822.25 |
| Szabo Associates, Inc. on behalf of KOLD-TV | 14 | $3,621.00 |
| Szabo Associates, Inc. on behalf of KPHO-TV | 11 | $45,567.83 |
| Szabo Associates, Inc. on behalf of KQXX-FM/KNTR-FM | 7 | $1,052.00 |
| Szabo Associates, Inc. on behalf of KWEX-Television | 130 | $8,606.25 |
| Szabo Associates, Inc. on behalf of | 234 | $45,085.25 |

| Unsecured Creditor | Claim Number(s) | Allowed Claim Amount(s) |
|---|---|---|
| WFTS-TV | | |
| Szabo Associates, Inc. on behalf of WJMK-FM | 5 | $7,548.00 |
| Szabo Associates, Inc. on behalf of WLLD/WQYK | 12 | $13,594.00 |
| Szabo Associates, Inc. on behalf of WUSN-FM | 4 | $12,600.00 |
| Tampa Electric Co. | Scheduled | 816.87 |
| The Arizona Republic Customer Accounting Services | 175 | $15,253.54 |
| The Monitor | 204 | $10,923.78 |
| The Seattle Times | 115 | $15,701.38 |
| Thompson, Darlene ET | 200 | $1,275.00 |
| TigerDirect.com | Scheduled | 14,115.27 |
| Time Warner Cable Media Sales | 236 | $22,894.75 |
| TMC Distribution | Scheduled | 1,000.00 |
| TownePlace Suites Lombard | Scheduled | 623.72 |
| Trans Union | Scheduled | 35.00 |
| TSP | Scheduled | 6,916.00 |
| Two by Four | 181 | $100,427.42 |
| ULINE | 25 | $704.63 |
| United Parcel Service | 177 | $1,520.55 |
| US Bancorp Manifest Funding Services | 78 | $65,000.00 |
| USM Logistics | 41 | $533.42 |
| Utah State University | Scheduled | 6.00 |
| Valencia, Sylvia | Scheduled | 500.00 |
| Valley Professional Center North | Scheduled | 20,266.26 |
| Valley Ultrasound | 203 | $5,140.00 |
| Verizon Wireless | Scheduled | 1,376.98 |
| Villa Park Office Equipment, Inc. | 76 | $779.83 |
| Village of Downers Grove | 206 | $458.24 |
| WARM 106.9 FM | 89 | $6,281.00 |
| WBBM-TV | 160 | $21,581.50 |
| WBQC-TV-38 | 247 | $12,417.65 |
| WCIU-Weigel Broadcasting Co. | Scheduled | 41,685.25 |
| WCKG-FM | 3 | $8,870.00 |
| WCPO Television | 6 | $33,320.00 |
| WDTN-TV | 148 | $33,247.75 |
| WebMD Elec Billing | Scheduled | 100.08 |
| Wei Wu, Ming Dr. | Scheduled | 419.40 |
| Weiss, Sonja | 123 | $954.80 |
| Weselak & Associates | 108 | $200.00 |

| Unsecured Creditor | Claim Number(s) | Allowed Claim Amount(s) |
|---|---|---|
| West Mission Medical Office, LLC | 139 | $71,220.62 |
| West Suburban Living | Scheduled | 1,885.00 |
| Western Neurological Assoc | Scheduled | 1,096.55 |
| WFLA – Television | 18 | $59,330.00 |
| WFLD-TV | Scheduled | 66,984.25 |
| WGN-TV Chicago | 158 | $109,692.50 |
| WHIO-TV | 199 | $38,037.50 |
| Whitaker, Joceil V. | Scheduled | 250.00 |
| Wickland, Melra | Scheduled | 500.00 |
| WILV-FM | 129 | $4,930.00 |
| WKEF-TV | Scheduled | 28,152.00 |
| WKMG | Scheduled | 2,040.00 |
| WKRQ-FM | Scheduled | 1,500.00 |
| WLS-TV | Scheduled | 129,965.00 |
| WLWT Television | 2 | $23,251.75 |
| WMAQ-TV | Scheduled | 26,741.00 |
| WMOR Television | 83 | $28,623.75 |
| WOAI-TV | 171 | $31,450.00 |
| WOFL TV | 169 | $3,272.50 |
| Wolfe, Lisa M. | Scheduled | 500.00 |
| WPWR | Scheduled | 36,222.75 |
| WPWX | Scheduled | 14,080.80 |
| WRBW TV | 161 | $255.00 |
| WSRB-FM | Scheduled | 10,523.00 |
| WSTR-TV | 64 | $37,744.25 |
| WSYX | Scheduled | 11,628.00 |
| WTOG – Television | 13 | $21,649.50 |
| WTSP-TV | 94 | $27,242.50 |
| WTTA-TV | Scheduled | 40,311.25 |
| WTTE-TV | Scheduled | 13,974.00 |
| WTVT – Television | 9 | $20.455.25 |
| WWHO – Television | 128 | $459.00 |
| WWSB – Television | 16 | $29,940.50 |
| WXIX – Television | 154 | $49,606.00 |
| Zax Signage | 134 | $116.40 |