IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WEIGHT INTERVENTION AND | ) | Honorable Pamela S. Hollis |
| SURGICAL HEALTHCARE HOLDING, | ) | |
| LLC, et al., | ) | Case No. 05 B 16002 |
| | ) | |
| Debtors. | ) | (Substantively Consolidated) |
| | ) | |

## ORDER AND FINAL DECREE CLOSING BANKRUPTCY CASES

This cause having come before the Court on the motion of LePetomane XVII, Inc., not individually but solely in its capacity as liquidating trustee (the "Liquidating Trustee") of the WISH Liquidating Trust, for entry of a final decree closing the above-captioned cases; the Liquidating Trustee having complied with the requirements of Federal Rule of Bankruptcy Procedure 3022; the above-named debtors (the "Debtors")[1] having obtained confirmation of their First Amended Joint Plan of Liquidation (the "Plan") by Order of this Court entered on January 12, 2006 (the "Confirmation Order"), the Plan having been substantially consummated, due and proper notice of the Motion having been given under the circumstances of this case, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED THAT:

1.    The Motion is granted and the above-captioned cases are closed, without further order or notice;

---

[1] The Debtors are Weight Intervention and Surgical Healthcare Holding, LLC, Weight Intervention and Surgical Healthcare Center No. 3, LLC, Weight Intervention and Surgical Healthcare Center No. 4, LLC, Weight Intervention and Surgical Healthcare Center No. 5, LLC, WISH Center No. 6, LLC, WISH Center No. 7, PLLC, WISH Center No. 8, PLLC, WISH Center No. 9, LLC, WISH Center No. 10, PLLC, WISH Center No. 103, LLC, WISH Products, LLC, Midwest Trauma, LLC, Midwest Surgical Real Estate Holdings, LLC and Midwest Surgical, LLC.

CHIC_4198826.1

2. The Liquidating Trustee is authorized to make any final distributions necessary without further notice or order of this Court to all creditors who are entitled to receive such additional distributions pursuant to the terms of the Plan;

3. The Liquidating Trustee will be deemed discharged of any further duties upon making any final distributions in this case; and

4. All other provisions of the Plan and the Confirmation Order shall remain in full force and effect, subject to the terms of this Order.

Dated: _____, 2009

_____
United States Bankruptcy Judge

JUN 23 2009

Submitted By:

Edward J. Green (No. 6225069)
Geoffrey S. Goodman (No. 6272297)
Foley & Lardner LLP
321 North Clark Street, Suite 2800
Chicago, IL 60654
Telephone: (312) 832-4500
Facsimile: (312) 832-4700

2

CHIC_4198826.1